**<u>Exhibit A</u>**

**Glodowski Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) | Case No. 20-11947 (MFW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF KEVIN GLODOWSKI IN SUPPORT OF THE APPLICATION OF DEBTORS FOR AUTHORITY TO (I) EMPLOY AND RETAIN ROTHSCHILD & CO US INC. AND INTREPID PARTNERS, LLC AS INVESTMENT BANKERS FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE AND (II) WAIVE CERTAIN INFORMATION DISCLOSURE REQUIREMENTS

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kevin Glodowski declares as follows:

1.     I am a Managing Director of the investment banking firm Rothschild & Co US Inc. ("Rothschild & Co"), which has its principal office at 1251 Avenue of the Americas, New York, New York 10020.  I am authorized to execute this declaration on behalf of Rothschild & Co.  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.[2]

---

[1]     The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753).  The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

[2]     Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Rothschild & Co and are based on information provided by them.

2.      This declaration is being submitted in connection with the proposed employment and retention of Rothschild & Co as investment banker to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") to perform services as set forth in the *Application of Debtors for Authority to (i) Employ and Retain Rothschild & Co US Inc. and Intrepid Partners, LLC as Investment Bankers for the Debtors* Nunc Pro Tunc *to the Petition Date and (ii) Waive Certain Information Disclosure Requirements* (this "<u>Application</u>").[3]   I submit this Declaration in compliance with sections 105, 327, 328 and 1107(a) of the Bankruptcy Code and to provide the disclosure required under Rule 2014(a), 2016 and 5002 of the Bankruptcy Rules and Rule 2014-1 of the Local Rules.

### Rothschild & Co's Qualifications

3.      Rothschild & Co has extensive experience and an excellent reputation in providing high-quality investment banking services to debtors, bondholders, creditors' committees, single creditor classes and secured creditors in bankruptcy reorganizations and other restructurings.

4.      Rothschild & Co is a member of one of the world's leading independent investment banking groups, with more than fifty offices in more than forty countries.  Rothschild & Co has expertise in domestic and cross-border restructurings, mergers and acquisitions, new capital raises, and other financial-advisory and investment-banking services and particular experience in providing high-quality financial advice to financially troubled companies. Rothschild & Co is an experienced bankruptcy and restructuring advisor to debtors in a variety of industries.  Rothschild & Co is highly qualified to advise on strategic alternatives and its

---

[3]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

professionals have extensive experience in deals involving complex financial and operating restructurings.  Moreover, Rothschild & Co is a member of the Financial Industry Regulatory Authority and the Securities Investor Protection Corporation.

5.        Rothschild & Co and its professionals have extensive experience working with financially troubled companies within a variety of industries in complex financial restructurings, both out of court and in chapter 11 cases.  Rothschild & Co's business reorganization professionals have served as financial and strategic advisors to debtors in numerous cases, including, among others:  *In re Cenveo, Inc.*, No. 18-22178 (RDD) (Bankr. S.D.N.Y. Mar. 8, 2018); *In re M & G USA Corp.*, No. 17-12307 (BLS) (Bankr. D. Del. Dec. 1, 2017); *In re Genon Energy, Inc.*, No. 17-33695 (DRJ) (Bankr. S.R. Tex. July 13, 2017); *In re rue21, Inc.*, No. 17 22045 (GLT) (Bankr. W.D. Pa. June 28, 2017); *In re Answers Holdings, Inc.*, No. 17 10496 (SMB) (Bankr. S.D.N.Y. Apr. 7, 2017); *In re Ultra Petrol. Corp.*, No. 16-32202 (MI) (Bankr. S.D. Tex. June 20, 2016); *In re SunEdison, Inc.*, No. 16-10992 (SMB) (Bankr. S.D.N.Y. May 20, 2016); *In re Alpha Nat. Res., Inc.*, No. 15-33896 (KRH) (Bankr. E.D. Va. Aug. 4, 2015); *In re Allen Sys. Grp., Inc.*, No. 15-10332 (KJC) (Bankr. D. Del. Mar. 19, 2015); *In re GT Advanced Techs., Inc.*, No. 14 11916 (HJB) (Bankr. D.N.H. Oct. 30, 2014); *In re NII Holdings, Inc.*, No. 14-12611 (SCC) (Bankr. S.D.N.Y. Oct. 22, 2014); *In re Autoseis, Inc. (Glob. Geophysical)*, No. 14-20130 (RSS) (Bankr. S.D. Tex. Apr. 25, 2014); *In re Physiotherapy Holdings, Inc.*, No. 13-12965 (KG) (Bankr. D.Del. Dec. 18, 2013); *In re Allied Sys. Holdings, Inc.*, Case No. 12-11564 (CSS) (Bankr. D. Del. Oct. 16, 2012); *In re Nebraska Book Company, Inc.*, No. 11-12005 (PJW) (Bankr. D. Del. Aug 10, 2011); *In re AMR Corp.*, Case No. 11-15463 (SHL) (Bankr. S.D.N.Y. Mar. 2, 2012); *In re Harry & David Holdings, Inc.*, No. 11-10884 (MFW) (Bankr. D. Del. Apr. 27, 2011); *In re Neenah Enters. Inc.*, No. 10-10360 (MFW) (Bankr. D. Del. Mar. 8, 2010); *In re*

-3-

*Trident Res. Corp.*, No. 09-13150 (MFW) (Bankr. D. Del. Jan. 28, 2010); *In re Milacron Inc.*, Case No. 09- 11235 (JVA) (Bankr. S.D. Ohio Apr. 6, 2009); *In re Recycled Paper Greetings Inc.*, No. 09-10002 (KG) (Bankr. D. Del. Jan. 23, 2009); *In re VeraSun Energy Corp.*, No. 08-12606 (BLS) (Bankr. D. Del. Jan. 6, 2009); *In re Nw. Airlines Corp.*, No. 05-17930 (ALG) (Bankr. S.D.N.Y. Sept. 14, 2005); *In re Solutia Inc.*, No. 03-17949 (PCB) (Bankr. S.D.N.Y. May 14, 2004); *In re WestPoint Stevens, Inc.*, No. 03-13532 (RDD) (Bankr. S.D.N.Y. June 3, 2003); *In re UAL Corp.*, No. 02-48191 (ERW) (Bankr. N.D. Ill. Dec. 9, 2002). In addition to these cases, Rothschild & Co has advised creditors and significant stakeholders in a large number of bankruptcies and distressed situations.

6.      The resources, capabilities, and experience of Rothschild & Co in advising the Debtors as an investment banker are crucial to the success of the Debtors' chapter 11 strategies. An experienced investment banker fulfills a critical need that complements the services offered by the Debtors' other professionals, including Intrepid.  The Debtors require the services of a capable and experienced investment banker with restructuring experience, such as Rothschild & Co.

7.      Prior to the filing of the chapter 11 cases, in December 2019, the Debtors retained Rothschild & Co and Intrepid to serve as their investment bankers pursuant to the Engagement Letter, which engagement was principally for the purpose of advising the Debtors on balance sheet improvement and liability management alternatives.  On April 7, 2020, the Investment Bankers entered into the Engagement Letter, upon which time a broader evaluation of balance sheet alternatives was undertaken.  In providing prepetition services to the Debtors in connection with these matters, Rothschild & Co's professionals have worked closely with the Debtors'

management and other professionals and have become well-acquainted with the Debtors'
operations, debt structure, creditors, business and operations, and related matters, including (a)
working cooperatively with the Debtors' other professionals to explore various strategic and
financial restructuring alternatives, (b) reviewing the Debtors' business plan and operating
assumptions, (c) reviewing the Debtors' debt and capital structure, and (d) actively engaging in
negotiations with key financial creditors. Accordingly, Rothschild & Co has developed
significant relevant experience and expertise regarding the Debtors' businesses that will assist it
in providing effective and efficient services in the chapter 11 cases.

8.      In providing prepetition services to the Debtors, Rothschild & Co has worked
closely with the Debtors' senior management and their other advisors, on the one hand, and with
the professional advisors of other major stakeholders, on the other hand, that will be involved in
the chapter 11 cases.  Accordingly, Rothschild & Co has developed relevant experience and
expertise regarding the Debtors that (a) make Rothschild & Co a natural selection as the Debtors'
investment banker and (b) will assist Rothschild & Co in providing effective and efficient
services in the chapter 11 cases.

9.      Rothschild & Co believes that its services will not duplicate the services that other
professionals, including Intrepid, will be providing to the Debtors in the chapter 11 cases.
Rothschild & Co will carry out unique functions and will use reasonable efforts to coordinate
with the Debtors' other retained professionals, including Intrepid, to avoid the unnecessary
duplication of services.

RLF1 23912568v.1

## **Professional Compensation**

10.     In consideration of the services to be provided by Rothschild & Co, and as more fully described in the Engagement Letter, subject to the Court's approval, the Debtors will compensate Rothschild & Co in accordance with the terms and conditions and at the times set forth in the Engagement Letter, which provides in relevant part for the following compensation structure (the "Fee and Expense Structure"):

(a)     An advisory fee (the "Monthly Fee") of $150,000.00 per month.

(b)     A one-time fee (the "Completion Fee") of $4,000,000.00, payable upon the earlier of (i) the confirmation and effectiveness of a Plan and (ii) the closing of a Transaction.

(c)     A new capital fee (the "New Capital Fee") equal to (i) 1% of the face amount of any senior secured debt raised including, without limitation, any debtor-in-possession financing raised; (ii) 3% of the face amount of any junior secured or senior or subordinated unsecured debt raised and (iii) 5% of any equity capital, capital convertible into equity or hybrid capital raised, including, without limitation, equity underlying any warrants, purchase rights or similar contingent equity securities (each, a "New Capital Raise"), in each case raised in connection with, or prior to, a Transaction for which the Completion Fee is earned.

(d)     Pursuant to the Engagement Letter, the Investment Bankers shall credit against the Completion Fee: (a) 50% of the Monthly Fees paid in excess of $500,000.00 (the "Monthly Fee Credit") and (b) 50% of any New Capital Fees paid (the "New Capital Fee Credit"); *provided* that the sum of any New Capital Fee Credit and the Monthly Fee Credit shall not exceed the Completion Fee.

-6-

11.     If Rothschild & Co provides services to the Debtors for which a fee is not provided in the Engagement Letter, such services shall, except insofar as they are the subject of a separate agreement, be treated as falling within the scope of the Engagement Letter, and the Debtors and Rothschild & Co will agree upon a fee for such services based upon good faith negotiations and subject to Court approval.

12.     Rothschild & Co intends to apply for compensation for professional services rendered and reimbursement of reasonable and documented out-of-pocket expenses incurred in connection with the chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court, including any order granting this Application (to the extent compliance is not waived); *provided* that the Debtors seek to retain Rothschild & Co pursuant to section 328(a) of the Bankruptcy Code and request that all compensation and expenses shall not be subject to any other standard, including section 330 of the Bankruptcy Code.

13.     Rothschild & Co believes that the compensation for Rothschild & Co and Intrepid under the Engagement Letter on an aggregate basis is comparable to compensation generally charged by investment bankers of similar stature to Rothschild & Co and Intrepid for comparable engagements, both in and out of bankruptcy proceedings.  Further, the Fee and Expenses Structure reflects a balance between a fixed, monthly fee and a contingency amount, tied to the consummation and closing of the transactions and services contemplated by the Debtors and the Investment Bankers in the Engagement Letter.  Moreover, the Fee and Expense Structure is consistent with and typical of arrangements entered into by the Investment Bankers and other

RLF1 23912568v.1

investment banks in connection with the rendering of comparable services to clients such as the Debtors.

14.     To induce Rothschild & Co to represent the Debtors, the Fee and Expense Structure was negotiated to (a) reflect the difficulty of the extensive assignments Rothschild & Co has undertaken and expects to undertake and (b) account for the potential for an unfavorable outcome resulting from factors outside of Rothschild & Co's control.

15.     The Debtors and Rothschild & Co negotiated the Fee and Expense Structure to function as an interrelated, integrated unit, in correspondence with Rothschild & Co's services, which Rothschild & Co renders not in parts, but as a whole.  It would be contrary to the intention of Rothschild & Co and the Debtors for any isolated component of the Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Rothschild & Co's services.  Instead, the Debtors and Rothschild & Co intend that Rothschild & Co's services be considered as a whole that is to be compensated by the Fee and Expense Structure in its entirety.

16.     Rothschild & Co's knowledge of the Debtors' operations and its restructuring expertise, as well as its capital markets knowledge, financing ability, and mergers and acquisitions expertise, some or all of which may be required by the Debtors during the term of Rothschild & Co's engagement, were important factors in determining the Fee and Expense Structure.  Indeed, the ultimate benefit that the Debtors' derive from the services provided by Rothschild & Co cannot be measured merely by reference to the number of hours expended by Rothschild & Co's professionals.

17.    The terms and the conditions of the Engagement Letter were negotiated between the Debtors and Rothschild & Co at arm's length and they reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.  The fees have been agreed upon by the parties in anticipation of a substantial commitment of professional time and effort that will be required of Rothschild & Co and its professionals, in light of the fact that such commitment may foreclose other opportunities for Rothschild & Co and with the understanding that the actual time and commitment required of Rothschild & Co and its professionals to perform services hereunder may vary substantially from week to week or month to month, creating "peak load" issues for the firm.

18.    In conjunction with the Engagement Letter, Rothschild & Co and Intrepid have agreed to split any fees earned pursuant to the Engagement Letter and approved by the Court such that Rothschild & Co will receive 50.0% of the aggregate fees and Intrepid will receive the other 50.0% of the aggregate fees.

19.    Rothschild & Co has not shared or agreed to share any of its compensation from the Debtors with any other person, other than as permitted by section 504 of the Bankruptcy Code.  No promises have been received by Rothschild & Co as to compensation in connection with these chapter 11 cases, other than as set forth in the Engagement Letter.

**Indemnification**

20.    Rothschild & Co believes that the indemnification provisions contained in Exhibit A to the Engagement Letter, which the Debtors and sophisticated outside counsel negotiated in good faith, are substantially consistent in all material respects with the indemnification provisions contained in Rothschild & Co's standard engagement letter for both

-9-

in- and out-of-court investment banking services (including sell- and buy-side mergers and acquisitions advisory services). Indemnification provisions materially similar to the indemnification provisions contained in Exhibit A to the Engagement Letter have appeared in substantially all of Rothschild & Co's engagement agreements for in- and out-of-court advisory matters. Further, to the best of my knowledge, such indemnification provisions are consistent with the marketplace, and courts have routinely approved similar indemnification arrangements as part of Rothschild & Co's retention in other bankruptcy matters.

21.     Rothschild & Co believes that the indemnification provisions contained in Exhibit A to the Engagement Letter are appropriate and reasonable for its engagement as investment banker in these chapter 11 cases and, as modified by the proposed order attached to the Application as <u>Exhibit C</u>, reflect the qualifications and limitations on indemnification provisions that are standard and customary in this district and other jurisdictions.

22.     By reason of the foregoing, Rothschild & Co believes the indemnification provisions contained in <u>Exhibit A</u> to the Engagement Letter are reasonable and should be approved pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

## <u>Record Keeping Requirements</u>

23.     It is not the general practice of financial advisory and investment banking firms, including Rothschild & Co, to keep detailed time records similar to those customarily kept by attorneys. Because Rothschild & Co does not ordinarily maintain contemporaneous time records in one-tenth hour (0.10) increments or provide or conform to a schedule of hourly rates for its professionals, Rothschild & Co respectfully requests that, pursuant to Local Rule 2016-2(h), it be

-10-

excused from compliance with such requirements and should only be required to maintain time records in half-hour (0.50) increments setting forth, in a summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.

24.     Rothschild & Co will also maintain detailed records of any actual and necessary costs and expenses incurred in connection with the aforementioned services.  Rothschild & Co's applications for compensation and expenses will be paid by the Debtors, pursuant to the terms of the Engagement Letter, in accordance with the procedures established by the Court.

## Rothschild & Co's Disinterestedness

25.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Rothschild & Co undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Rothschild & Co obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases ("Potential Parties in Interest"), and such parties are listed on **Schedule 1** attached hereto.

26.     Rothschild & Co has researched its electronic client data bases to determine its connections with the Potential Parties in Interest.  As Rothschild & Co is the only entity being retained by the Debtors (of entities affiliated with Rothschild & Co), we have researched only the electronic client data bases of Rothschild & Co, not of all its affiliates, to determine if Rothschild & Co has connections with any Potential Parties in Interest, and Rothschild & Co makes no representation as to the disinterestedness of its affiliates or their respective professionals or employees in respect of the Debtors' chapter 11 cases.  To the best of my knowledge and belief,

-11-

Rothschild & Co has not represented any Potential Parties in Interest in connection with matters relating to the Debtors, their estates, assets, or businesses and will not represent other entities which are creditors of, or have other relationships to, the Debtors in matters relating to these chapter 11 cases, except as set forth herein and in **Schedule 2** attached hereto.

27.    According to the Debtors' books and records, the Debtors paid Rothschild & Co fee payments totaling $435,000.00 and expense reimbursement payments totaling $24,009.32 (which includes a $20,000.00 retainer for estimated prepetition expenses of Rothschild & Co and Intrepid not yet billed) during the 90 days immediately preceding the Petition Date.  Rothschild & Co received no other payments from the Debtors during the 90 days immediately preceding the Petition Date.

28.    Within one year prior to the Petition Date, the Debtors paid Rothschild & Co $622,500.00 in fees and $24,479.36 in expense reimbursements (which includes a $20,000.00 retainer for estimated prepetition expenses of Rothschild & Co and Intrepid not yet billed) for services rendered.

29.    As of the Petition Date, Rothschild & Co did not hold a prepetition claim against the Debtors for services rendered.

30.    Rothschild & Co provides investment banking services to a wide variety of clients.  As a result, Rothschild & Co has represented, and may in the future represent, certain Potential Parties in Interest in matters unrelated to these chapter 11 cases, either individually or as part of representation of an ad hoc or official committee of creditors or interest holders.  To

-12-

the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these representations are adverse to the Debtors' interests.

31.    To the best of my knowledge and belief, neither Rothschild & Co nor I, nor any other employee of Rothschild & Co that will provide services to the Debtors in connection with this engagement, has any connection with or holds any interest adverse to the Debtors, their estates, or the Potential Parties in Interest, except (a) as set forth in **Schedule 2** and (b) as otherwise set forth below:

> (i)     Before the commencement of these cases, Rothschild & Co rendered prepetition services to the Debtors.  As noted above, although Rothschild & Co's records indicate that it is not owed any amounts in respect of prepetition services provided to the Debtors, it is possible that certain expenses that were incurred by Rothschild & Co, and that are reimbursable under the terms of the Engagement Letter, were not yet reflected on Rothschild & Co's books and records as of the Petition Date. Upon entry of the order approving the Application, Rothschild & Co will waive any claim for such unreimbursed expenses in excess of amounts paid to Rothschild & Co prepetition.

> (ii)    Rothschild & Co is a large investment banking firm and has likely provided services unrelated to the Debtors for companies and individuals that have conducted business in the past and/or currently conduct business with the Debtors, and who may be creditors of the Debtors.  To the best of my knowledge, information, and belief, Rothschild & Co's services to these parties were and are wholly unrelated to the Debtors, their estates, or these chapter 11 cases.

> (iii)   As part of its practice, Rothschild & Co appears in numerous cases, proceedings and transactions involving many different professionals, some of which may represent claimants and parties in interest in the Debtors' chapter 11 cases.  Furthermore, Rothschild & Co has in the past and will likely in the future be working with or against other professionals involved in these cases in matters unrelated to these cases.  Based on my current knowledge of the professionals involved, and to the best of my knowledge and information, none of these business relationships represents an interest materially adverse to the Debtors herein in matters upon which Rothschild & Co is to be engaged.

-13-

(iv)    Rothschild & Co is an indirect subsidiary of Rothschild & Co ("Holdings"), a foreign holding company.  Through Holdings, Rothschild & Co has affiliate relationships with numerous direct and indirect affiliates of Holdings located worldwide that engage in investment banking, asset management, debt fund management (including collateralized loan obligation management), private equity, merchant banking, and other financial service and investment advisory businesses (collectively, the "Affiliated Entities").  However, none of the Affiliated Entities are being retained in connection with this engagement, and none of the professionals or employees of the Affiliated Entities will provide services to the Debtors in connection with this engagement.  Rothschild & Co's business is and will continue to be operated in a legal entity separate from the Affiliated Entities.  Rothschild & Co and the Affiliated Entities maintain strict compliance information barriers to ensure that (i) none of the professionals or employees of Rothschild & Co providing services to the Debtors in connection with this engagement has discussed or will discuss the Debtors' cases with any professional or employee of the Affiliated Entities, and (ii) none of the professionals or employees of the Affiliated Entities will disclose any confidential or non-public information concerning any investment position or intention with respect to any consent, waiver, tender, or vote decision to any Rothschild & Co professional or employee providing services to the Debtors in connection with this engagement.  Thus, there has not been and will not be any flow of information between the professionals or employees of Rothschild & Co providing services to the Debtors in connection with this engagement and the Affiliated Entities with respect to any matter pertaining to the Debtors or these chapter 11 cases.  One or more of the Affiliated Entities may in the ordinary course from time to time hold or manage funds that hold investment positions in the Debtors and/or parties in interest in these chapter 11 cases; however, based on the business separation and compliance information barriers referred to above, the Affiliated Entities' business activities do not constitute a conflict of interest that would disqualify Rothschild & Co from providing the services as described in the Engagement Letter.

(v)    Rothschild & Co's information barriers consist of physical and electronic barriers that restrict the flow of information among employees and business divisions, including confidential information.  These barriers consist of, among other things, separate physical office spaces for employees of Rothschild & Co and its affiliates, limiting access to shared drives only to authorized personnel and policies against discussing confidential information with unauthorized personnel.

(vi)    The robust policies and procedures described herein are reasonably designed to detect and prevent the misuse of inside information.  These policies and procedures are subject to regulatory oversight and audit by

-14-

the SEC and FINRA, internal compliance monitoring and internal audits. Among other things, employees are prohibited from trading securities while in possession of material non-public information and are subject to training and annual certification requirements regarding such policies and procedures.

32.    To the best of my knowledge, no individual assignment described in Schedule 2 accounts for more than 1.0% of Rothschild & Co's gross revenue during the 12 months prior to the date hereof.

33.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, no employee of Rothschild & Co who will provide services to the Debtors in connection with this engagement holds debt of or equity interests in any of the Debtors, except as may be held through (i) managed accounts where a third-party has been delegated sole investment discretion and (ii) passive investment vehicles such as mutual funds.

34.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, Rothschild & Co has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these chapter 11 cases.  Rothschild & Co will, however, continue to provide professional services to entities or persons that may be creditors or equity security holders of the Debtors or interested parties in these chapter 11 cases; *provided that* such services do not relate to, or have any direct connection with, these chapter 11 cases or the Debtors.

35.    I am not related or connected to and, to the best of my knowledge, no other professional of Rothschild & Co who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for Region 3.

-15-

36.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, none of Rothschild & Co, I, nor any employee of Rothschild & Co who will work on the engagement holds or represents any interest adverse to the Debtors or their estates, and Rothschild & Co is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14), as modified by section 1107(b), in that Rothschild & Co and its professionals and employees who will work on the engagement:

(i)      are not creditors, equity security holders, or insiders of the Debtors;

(ii)     were not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

(iii)    do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

37.     If Rothschild & Co discovers additional information that requires disclosure, Rothschild & Co promptly will file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

-16-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

| | |
|---|---|
| Dated: August 24, 2020<br>New York, New York | By:   /s/ *Kevin Glodowski*<br>Kevin Glodowski<br>Managing Director<br>Rothschild & Co US Inc.<br>1251 Avenue of the Americas<br>New York, New York 10020 |

**<u>Schedule 1 to Glodowski Declaration</u>**

**Potential Parties In Interest List**

CHAPARRAL ENERGY, INC.
POTENTIAL PARTIES IN INTEREST

**Debtor and Debtor Affiliates**
CEI Acquisition. L.L.C.
CEI Pipeline, L.L.C.
Chaparral Biofuels, L.L.C.
Chaparral CO2, L.L.C.
Chaparral Energy, Inc.
Chaparral Energy, L.L.C.
Chaparral Exploration, L.L.C.
Chaparral Real Estate, L.L.C.
Chaparral Resources, L.L.C.
Charles Energy, L.L.C.
Chestnut Energy, L.L.C.
Green Country Supply, Inc.
Roadrunner Drilling, L.L.C.
Trabajo Energy, L.L.C.

**Current Officers and Directors**
Charles Duginski, Chief Executive Officer
Clinton Calhoun, Vice President – Resource
Development
Douglas E. Brooks, Director
Gysle Shellum, Director
Joshua Walker, Vice President – Completions &
Operations
Justin Byrne, Vice President, General Counsel
and Secretary
Kenneth W. Moore, Director
Marcus Rowland, Chairman of the Board
Mark McFarland, Director
Samuel Langford, Director
Stephanie Carnes, Vice President, Corporate
Controller

**Former Officers and Directors**
David Geenberg, Director
Graham Morris, Director
James M. Miller, Senior Vice President-
Operations and Production Engineering
Joseph O. Evans, Executive Vice President-
Chief Financial Officer
K. Earl Reynolds, Director & CEO
Linda Byford, Associate General Counsel and
Corporate Secretary
Mark Ver Hoeve, Vice President-Geoscience
Matthew D. Cabell, Director
Michael Kuharski, Director
Robert Heinemann, Director and Chairman of
the Board

Scott Pittman, Senior Vice President and Chief
Financial Officer

**Bankers/Lenders/Noteholders**
ABN AMRO Capital USA LLC
AG Energy Funding, LLC
Amzak Capital Management, LLC
Avenue Energy Opportunities Fund, L.P.
Bank of America, N.A.
BBVA USA
Canadian Imperial Bank of Commerce, New
York Branch
Capital One, National Association
Comerica Bank
Credit Agricole Corporate and Investment Bank
EastWest Bank
Kennedy Lewis Investment Management, LLC
KeyBank National Association
Millstreet Capital Management, LLC
Natixis, New York Branch
Nomura Corporate Research and Asset
Management, Inc.
Royal Bank of Canada
Silverback Asset Management, LLC
Société Générale
Spectrum Group Management, LLC
The Toronto-Dominion Bank, New York Branch

**Agents/Trustees**
Royal Bank of Canada
UMB Bank

**Counsel/Advisors**
FTI Consulting
Perella Weinberg Partners, LP
Stroock & Stroock & Lavan, LLP
Tudor Pickering Holt & Co Advisors, LP
Vinson & Elkins L.L.P.
Young Conaway Stargatt & Taylor, LLP

**Bank Accounts**
American Bank and Trust Company, N.A.
Arvest Bank
BBVA Compass Bank
Comerica Bank
JP Morgan Chase Bank, NA

**Insurers and Insurance Brokers**
Allied World Specialty Insurance Company
ARCH INSURANCE COMPANY
Argonaut Insurance Company (Argo Pro)
Berkshire Hathaway Specialty Insurance
CFC Underwriting Limited
Chubb Group of Insurance Companies
Compsource Mutual Insurance Company
Endurance America Insurance Company
Evanston Insurance Company
EVOLVE CYBER INSURANCE SERVICES, LLC
Federal Insurance Co. (Chubb)
GREAT NORTHERN INSURANCE COMPANY (Chubb)
HCC International Insurance Company
Houston Casualty Company
Ironshore Specialty Insurance Company
Lloyd's of London
Lockton Companies
Markel American Insurance Company
National Union Fire Insurance Company of Pittsburgh, Pa. (AIG)
Navigators Insurance Company
Navigators Underwriting Agency
Old Republic Surety Company
QBE Insurance Corporation
Starstone Insurance
U.S. Specialty Insurance Company / Tokio Marine
Westchester Fire Insurance Company (Chubb)
XL Specialty Insurance Company

**Surety Providers and Brokers**
Alfalfa Electric Cooperative Inc
City of El Reno, Oklahoma
City of Mustang, OK
City of Oklahoma City
Comptroller of Public Accounts
Industrial Commission of North Dakota, Oil and Gas Division
LLOG Production Company
New Mexico State Land Office
Oklahoma Corporation Commission, Oil and Gas Conservation Division
Oklahoma Department of Wildlife Conservation
Oklahoma Tax Commission
Oklahoma Tax Commission, Taxpayer Assistance Division
State of Oklahoma, Department of Public Safety
State of Oklahoma, Secretary of State

The City of Norman, Oklahoma
The City of Perry, Oklahoma
The Railroad Commission of Texas, Oil and Gas Division
Town of Union City
U.S. Department of the Interior, Bureau of Indian Affairs
U.S. Department of the Interior, Bureau of Land Management
U.S. Specialty Insurance Company

**Joint Venture Partners**
Bayou City Energy Management LLC
BCE Roadrunner LLC

**Letter of Credit Counterparties**
Southwest Energy LP

**Parties Relating to Known Litigation Matters**
American Energy-NonOp, LLC n/k/a Heritage Resources-NonOp, LLC
American Energy-NonOp, LLC n/k/a Heritage Resources-NonOp, LLC
Angela Schwall
Anthony Hartz
Arthur Ganther
Atchley Resources, Inc.
Barbara R. Bunt
Baron Exploration Company
Be-Ja, LLC
Betty Claxton
Blake Barlow
BLM Family Trust, via Co-Trustees Maribeth von Tungeln, Lamar Labahn and Becky Grant
Blue Sky Equipment Rentals, LLC
BP American Production Company
Brown & Borelli, Inc.
Canadian County Board of Commissioners
Carol Corey
Chaco Energy Company
Chasten Maxwell, Pers. Rep. Estate of Ellen Maxwell
Chesapeake Exploration, L.L.C., successor to Chesapeake Exploration, LP
Chesapeake Operating, LLC
Chris Gillespie
Christine Brewer
Christy Piersol (also referred to as Shannon Piersol)
City of Enid, Oklahoma
Clay A. Muegge

Core Resources, LLC
Craig Elder Oil and Gas LLC
D&B Operating LLC
Dakota Exploration LLC
Dan Vogel on behalf of Fairfax Homeowners
Association, Inc.
Daphne Talbot
Darlene Rae Hitchcock
Darling Oil Corporation aka Darling Oil
Company
David Ball
David Beebe
David Kirk
David Swanson
Davinna Allensworth
Dawn Croteau
Dawne Sullivan
Debra Cooper
Delores Carr
Denise Austin
Denise DeRycke
Dennis Atkinson
Devon Energy Production Company
Donald Brewer
Dryes Corner LLC
Duane Faulkner
Earl White
Eco-Stim Energy Solutions, Inc.
Edwin Carr
Equal Energy US Inc.
ESP EOC Rose Rock, LLC
Estate of George W. Clark Jr., Deceased
Eugene McDaniel
Flotek Chemistry, LLC
Gary McDonald
Gary Puterka
George W. Clark Jr. Trust
Georgette Clark, Trustee
Gilliland Oil & Gas, Inc. a/k/a Gilliland Oil and
Gas, Inc.
Glenda A. Fogleman
Glyn Ridgewell
Greg and Janice Depew, et al.
Harrel's LLC
J. Pat Carter
J.C. Pralle
James Doss
James Piersol (also referred to as Gary Piersol)
James Pike
Jeremy Smart
John Bunt

John Guadalupe
John Schwall
John Simpson
Joy Jones
Julie Frias
K&J Construction, LLC
Kaiser-Francis Oil Company
Kassidy Laesch
Katherine Ganther
Kathryn Aitken
Kelly Murphree
Kimberly Kay Winchester
Kirkpatrick Oil Company, Inc.
L.R. McBride, Inc.
LaJuana Sue Dennis
Larry Friend
Larry Murphree
Larry Starns
Lauralee Hartz
Lawrence Mantin
Linda Lavender
Lynn Harvey
MacFarlane Company
Marathon Oil Company
Marjo Operating Mid-Continent LLC
Mark McCoy
Matthew Hodge
Megan Hodge
Michael Preston
Michael Sullivan
Mickey Nixon
Mid-Con Energy Operating LLC
MM Energy Inc.
Monty L. Hott Production Corp.
Nancy Simpson
Nancy Starns
Naylor Farms Inc.
New Dominion LLC
Oklahoma Energy Acquisitions, LP
Orca Operating Company LLC
Pedestal Oil Company, Inc.
Preferred Pipeline, LLC
Rainbo Service Company
Raw Crude Oil & Gas, L.L.C.
Raymond Henneha
Rebeca Smith
Rebecca Ridgewell
Redfork Operations, LLC
Robert Allen
Robert Talbot
Robert Traylor

#93570694v2

Robert Williams
Roland Lozier
Rona Goodeagle
Sally Shupack
Sam Croteau
Sam Harvey
Samuel Reynolds
Sandbox Transportation, LLC
Seiger Oil & Gas, Inc.
Shakti Energy, LLC
Shannon Harwell
Shannon White
Shannon Williams
Sharon McDonald
Sharon Strong
Sharon Sue Stewart
Sherry Sappington
Shirley R. Coleman
Shirley Weiss
Sightline Petroleum, LLC
SK Plymouth LLC
Special Energy Production Co LP
Stan Weiss
State of Oklahoma, ex rel., Department of
Transportation
Steven Dummer
Territory Resources LLC
Theresa McDaniel
Thomas Maassen
Three Sands Investment Company
TNT Operating Company, Inc.
Tonda Robinson
Toomey Oil Company Inc.
Tributary Resources, LLC
Troy Crews
United Production Company, L.L.C.
Valhalla Energy Co., LLC
Van Zandt Supply, Ltd. d/b/a VZ Environmental
Venture West Energy Services, LLC
Voortman Oil and Gas, LLC
Weaver Energy Corporation
Western Contractors, Inc.
White Operating Company
Wicklund Petroleum Corp
William P. Fogleman, III

**Professionals**
Davis Polk & Wardwell LLP
Ernst & Young LLP
Intrepid Partners, LLC
Kurtzman Carson Consultants LLC

Opportune LLP
Richards Layton & Finger, P.A.
Rothschild & Co US Inc.

**Ordinary Course Professionals**
Al Petrie Advisors LLC
BDO
Cawley, Gillespie & Associates Inc
Crowe & Dunlevy
Donnelley Financial Solutions
Ernst & Young LLP
Fleischer, Fleischer, Painter & Cantrell
G. Dale Elsener, c/o Munson & McMillin, P.C.
Gable Gotwals Counsel
Grant Thornton LLP
Gungoll Jackson Box & Devoll, P.C.
Hartzog Conger Cason
Hogan Taylor LLP
Holland & Hart LLP
HSPG & Associates PC
James M Kerrigan & Associates
K E Andrews & Company
Kunu LLC
Land Information Services LLC
Latham & Watkins, LLP
Law Office Of G Dale Elsener
McAfee & Taft
Mcdonald Land Services LLC
Peters & Chandler P.C.
Petroleum Accounting Consultants
R K Pinson & Associates LLC
Risked Revenue Energy Associates
Ryan Servicing LLC
Sidley Austin LLP
The Title Law Group
Willis Towers Watson

**Holders of More Than 5% of Any of the
Debtors' Equity Securities**
Paloma Partners Management Company
Strategic Value Partners, LLC

**Secured Creditors**
Arvest Bank
Caterpillar Financial Services Corporation
John Deere Construction & Forestry Company
JP Morgan Chase
Royal Bank of Canada

**Parties to Material Executory Contracts**
ABV Ventures LLC

Bison Water Midstream LLC
Blake Production Company, Inc.
BTG LLC
BVD, Inc.
Coffeyville Resources Refining & Marketing, LLC
DCP Midstream, LP
Enable Gathering & Processing, LLC
Enlink Oklahoma Gas Processing, LP
Enterprise
ETC Field Services, LLC
Fairway Energy L.L.C.
Kingfisher Midstream, LLC
Lagoon Water Logistics LLC
Markwest Oklahoma Gas Company, LLC
Mustang Gas Products, LLC
MVP Holdings, LLC
Oneok Field Services Company, LLC
Phillips 66 Company
Skybridge Ventures, LLC
Southwest Energy LP
Standley Systems, LLC
Sunoco
Superior Pipeline Company, LLC
Targa Pipeline Mid-Continent Westok, LLC
Triple Crown Services LLC
Vernon Resources LLC

**Significant Customers**
Coffeyville Resources Refining & Marketing, LLC
DCP Midstream, LP
Enable Gathering & Processing, LLC
Enlink Oklahoma Gas Processing, LP
ETC Field Services, LLC
Kingfisher Midstream, LLC
Markwest Oklahoma Gas Company, LLC
Mustang Gas Products, LLC
MVP Holdings, LLC
Oneok Field Services Company, LLC
Phillips 66 Company
Sunoco
Superior Pipeline Company, LLC
Targa Pipeline Mid-Continent Westok, LLC

**20 Largest Unsecured Creditors on a Consolidated Basis**
BCE Roadrunner LLC
BCE-Mach III LLC
Bison Water Midstream (BWM)
Chesapeake Operating Inc

Contango Resources, Inc
Dale Operating Company
Devon Energy Prod Co LP
Edward H & Herman J Rother Jtwros
Edward H Rother
George W Clark Jr Trust
Heritage Resources-Nonop LLC
Herman J. Rother
Leader Energy Services LLC
Naylor Farms Inc
Paloma Partners IV LLC
Roan Resources LLC
Tom & Marty Rother Trust
UMB Bank, NA
Vincent N. Rother
White Star Petroleum Holdings LLC

**Landlords**
Skybridge Ventures LLC

**Government and Regulatory Agencies**
Administrator of Unclaimed Property – Wyoming
Alabama Department of Revenue
Alfalfa County Treasurer
Arizona Department of Revenue
Arkansas Secretary of State
Arkansas Unclaimed Property Division
Avenu Holdings LLC
Beaver County Treasurer
Blaine County Treasurer
Caddo County Treasurer
California State Controller
Canadian County Treasurer
Canadian ISD
Carter County Treasurer
Cheyenne & Arapaho Tax Commission
Commissioner of the Land Office - Oklahoma
Comptroller of Maryland
Cooke County Appraisal District Tax
Culberson County Appraisal District
Custer County Treasurer
Cypress-Fairbanks ISD
Delaware Division of Revenue/Bankruptcy Service
Delaware Secretary of State
Department of Treasury – New Jersey
Ellis County Treasurer
Federal Energy Regulatory Commission
Florida's Department of Financial Services
Fort Elliot CISD

Galena Park ISD Tax A/C
Galveston County Tax A/C
Galveston County Tax Assessor-Collector
Garfield County Treasurer
Garvin  County Treasurer
Georgia Department of Revenue
Grady County Treasurer
Grant County Treasurer
Hansford County Tax Assessor
Harris County
Hemphill County
Hockley County Tax Office
Hudspeth Appraisal District
Hughes County Treasurer
Hutchinson County Treasurer
Idaho State Treasurer's Office
Illinois State Treasurer
IRS Center
IRS Department of Treasury
Kansas Board of Tax Appeals
Kansas Department of Revenue
Kansas Secretary of State
Kansas State Treasurer
Kay County Treasurer
Kingfisher County Treasurer
Lafayette Parish Tax Collector
Latimer County Treasurer
Liscomb County Tax
Louisiana Department of Revenue
Louisiana Secretary of State
Louisiana Unclaimed Property
Massachusetts State Treasurer
Matagorda County Tax Assessor-Collector
Michigan Department of Treasury
Midland CAD Tax A/C
Minnesota Department of Commerce
Mississippi Secretary of State's Office
Mississippi State Tax Commissioner
Missouri State Treasurer's Office
Montague County Tax Assessor-Collector
Montana Department of Revenue
Montana Secretary of State
Montgomery County Treasurer
Morton County Treasurer
NC Department of State Treasurer
Nebraska State Treasurer
Nevada Unclaimed Property
New Mexico Secretary of State
New Mexico Tax and Revenue Department
Noble County Treasurer
North Dakota Secretary of State

Nueces County Tax A/C
Ochiltree Cad Tax Assessor-Collector
Office of Natural Resources Revenue (ONRR)
Office of State Treasurer – Alabama
Office of the Chief Financial Officer – DC
Office of the Indiana Attorney General
Office of the Mississippi State Treasurer
Office of the Rhode Island General Treasurer
Office of the State Comptroller – New York
Office of the State Treasurer – Colorado
Office of the State Treasurer – Maine
Office of the Treasurer – Connecticut
Office of the West Virginia State Treasurer
Ohio Department of Commerce
Okfuskee CAD Tax A/C
Oklahoma Corporation Commission
Oklahoma Corporation Commission
Oklahoma County Treasurer
Oklahoma Department of Wildlife Conservation
Oklahoma Secretary of State
Oklahoma State Treasurer
Oklahoma Tax Commission
Oregon Unclaimed Property
Osage County Treasurer
Palacios ISD Tax A/C
Payne County Treasurer
Pennsylvania Treasury
Pottawatomie County Treasurer
Railroad Commission of Texas
Roberts County Appraisal District
Roger Mills County Treasurer
Sheldon ISD
South Dakota State Treasurer – UCP
State of Arkansas
State of Delaware
State of Hawaii
State of Louisiana, Department of Natural
Resources
State of New Mexico
State of North Dakota
State of Vermont Office of the State Treasurer
State of Wisconsin Department of Revenue
State of Wyoming
State Treasurer of South Carolina
Stephens County Treasurer
Tennessee Department of Treasury
Texas Comptroller of Public Accounts
Texas County Treasurer
Texas Secretary of State
Texas Unclaimed Property
The Internal Revenue Service

The U.S. Fish and Wildlife Service
The U.S. Securities and Exchange Commission
Treasurer of State – Iowa
U.S. Army Corps of Engineers
U.S. Environmental Protection Agency
Victoria County Tax A/C
Virginia Department of Treasury
Washington State Treasurer
Wheeler County Tax Office
Woods County Treasurer
Woodward County Treasurer
Wyoming Secretary of State

**Utility Providers**
Alfalfa Electric Cooperative Inc
AT&T
AT&T Teleconference Services
B & B Sanitation
Bridge Communications
Caddo Electric Cooperative
Centerpoint Energy
Cimarron Electric Cooperative
City of Stillwater
City of Weatherford
Cox Communications Inc
Harper Sanitation Services Inc
Hennessey Utilities Authority
Johnson Controls Security Solutions
Kay Electric Cooperative
Lindsay Public Works Authority
Lyntegar Electric Cooperative Inc
Northwestern Electric Cooperative
Nuance Communications Inc
OG&E
Oklahoma Electric Cooperative
Oklahoma Natural Gas Company
Pioneer Telephone Cooperative Inc
Public Service Co of Oklahoma
Q4 Inc
Rural Electric Coop Inc
Sooner Answer Service Inc
Verizon Wireless
Vinson Process Controls LP
Waste Connections of Oklahoma Inc.

Western Carter County Water & Sewer
Windstream

**U.S. Bankruptcy Court Judges, Delaware**
The Honorable Ashely M. Chan
The Honorable Brendan L. Shannon
The Honorable Christopher S. Sontchi, Chief
Judge
The Honorable John T. Dorsey
The Honorable Karen B. Owens
The Honorable Laurie Selber Silverstein
The Honorable Mary F. Walrath

**U.S. Trustee, District Of Delaware (and Key
Staff Members)**
Christine Green
David Villagrana
Diane Giordano
Dion Wynn
Edith A. Serrano
Holly Dice
James R. O'Malley
Karen Starr
Lauren Attix
Michael Panacio
Nyanquoi Jones
Ramona Vinson
Robert Agarwal
Shakima L. Dortch
T. Patrick Tinker
William Harrington

**Attorneys in U.S. Trustee's Office, District Of
Delaware**
Benjamin Hackman
David Buchbinder
Hannah M. McCollum
Jane Leamy
Juliet Sarkessian
Linda Casey
Linda Richenderfer
Richard Schepacarter
Rosa Sierra
Timothy J. Fox, Jr.

**<u>Schedule 2 to Glodowski Declaration</u>**

**Relationships With Potential Parties in Interest**

**Chaparral Energy, Inc. ("CHAP")**    **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| ABN AMRO Capital USA LLC | ABN AMRO | Former joint venture partner of Rothschild & Co in transactions unrelated to CHAP. |
| National Union Fire Insurance Company of Pittsburg, Pa. (AIG) | AIG | Rothschild & Co is advising an ad hoc creditors committee on matters unrelated to CHAP where AIG is a member.<br><br>Former Rothschild & Co client on matters unrelated to CHAP.<br><br>Rothschild & Co was involved in transactions unrelated to CHAP in which AIG was a participant. |
| Amzak Capital Management, LLC | Amzak Capital Management | Rothschild & Co is currently advising an ad hoc creditors committee on matters unrelated to CHAP where Amzak Capital Management is a member. |
| AT&T; AT&T Teleconference Services | AT&T | Former Rothschild & Co client on matters unrelated to CHAP.<br><br>Rothschild & Co was involved in a transaction unrelated to CHAP where AT&T was a participant. |

---

[1] Rothschild & Co has limited its search to the Parties in Interest provided by Chaparral Energy, Inc. Affiliates, subsidiaries or parent companies of Parties in Interest have not been searched unless specifically noted.

**Chaparral Energy, Inc. ("CHAP")**         **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
|  |  | Client pitches by Rothschild & Co on matters unrelated to CHAP. <br><br> Rothschild & Co vendor. |
| Avenue Energy Opportunities Fund, L.P. | Avenue Capital Group; Avenue Capital Management | Rothschild & Co is currently advising an ad hoc creditors committee on a matter unrelated to CHAP where Avenue Capital is a member. <br><br> Former Rothschild & Co client on matters unrelated to CHAP. <br><br> Rothschild & Co has previously advised an ad hoc creditors committee on matters unrelated to CHAP where Avenue Capital was a member. <br><br> Rothschild & Co was involved in transactions unrelated to CHAP in which Avenue Capital was a participant. |
| Bank of America, N.A. | Bank of America | Rothschild & Co was involved in transactions unrelated to CHAP in which Bank of America was a participant. |
| Berkshire Hathaway Specialty Insurance | Berkshire Hathaway, Inc. | Client pitches by Rothschild & Co on matters unrelated to CHAP. |
| Centerpoint Energy | CenterPoint Energy Inc. | Client pitches by Rothschild & Co on matters unrelated to CHAP. |

**Chaparral Energy, Inc. ("CHAP")**          **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| Chesapeake Exploration, L.L.C., successor to Chesapeake Exploration, LP; Chesapeake Operating, LLC; Chesapeake Operating, Inc. | Chesapeake Energy Corporation | Current Rothschild & Co client on a matter unrelated to CHAP. |
| Chubb Group of Insurance Companies; Westchester Fire Insurance Company (Chubb); Federal Insurance Co. (Chubb); Great Northern Insurance Company (Chubb) | Chubb | Rothschild & Co advised an ad hoc creditors committee on a matter unrelated to CHAP where Chubb was a member.<br><br>Rothschild & Co vendor. |
| Davis Polk & Wardwell | Davis Polk & Wardwell | Current and former Rothschild & Co client in its capacity as legal counsel to third party entities on matters unrelated to CHAP.<br><br>Rothschild & Co is and was involved in transactions unrelated to CHAP where Davis Polk & Wardwell is and was a participant. |
| Ernst & Young LLP | Ernst & Young LLP | Rothschild & Co vendor. |
| FTI Consulting | FTI Consulting | Rothschild & Co is and was involved in transactions unrelated to CHAP in which FTI Consulting is and was a participant. |
| Johnson Controls Security Solutions | Johnson Controls, Inc. | Client pitches by Rothschild & Co on matters unrelated to CHAP. |
| JPMorgan Chase Bank, NA | JPMorgan Chase & Co. | Rothschild & Co is currently advising an ad hoc creditors committee on a matter unrelated to CHAP where JPMorgan Chase & Co. is a |

**Chaparral Energy, Inc. ("CHAP")**          **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| | | member.<br><br>Rothschild & Co was involved in transactions unrelated to CHAP in which JPMorgan Chase & Co. was a participant. |
| Latham & Watkins | Latham & Watkins LLP | Rothschild & Co is and was involved in transactions unrelated to CHAP in which Latham & Watkins LLP is and was a participant. |
| Marathon Oil Company | Marathon Petroleum Corporation | Rothschild & Co is involved in a transaction unrelated to CHAP in which Marathon Petroleum Corporation is a participant. |
| Mark McFarland | Mark McFarland | Mark McFarland is a director of a current Rothschild & Co client on a matter unrelated to CHAP. |
| Nomura Corporate Research and Asset Management, Inc. | Nomura Holdings Inc.; Nomura Holdings, Inc.; Nomura Securities Co., Ltd. | Rothschild & Co is currently advising an ad hoc creditors committee on matters unrelated to CHAP where Nomura is a member.<br><br>Rothschild & Co has previously advised an ad hoc creditors committee on matters unrelated to CHAP where Nomura was a member.<br><br>Client pitches by Rothschild & Co on matters unrelated to CHAP. |

**Chaparral Energy, Inc. ("CHAP")**                **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| Paloma Partners IV LLC; Paloma Partners Management Company | Paloma Partners Management Company | Rothschild & Co is currently advising an ad hoc creditors committee on a matter unrelated to CHAP where Paloma Partners Management Company is a member. |
| Perella Weinberg Partners, LP | Perella Weinberg Partners, LP | Rothschild & Co is and was involved in transactions unrelated to CHAP where Perella Weinberg Partners, LP is and was a participant. |
| Roan Resources LLC | Roan Resources LLC | Former Rothschild & Co client on matters unrelated to CHAP. |
| Royal Bank of Canada | Royal Bank of Canada | Rothschild & Co is involved in a transaction unrelated to CHAP in which Royal Bank of Canada is a participant. |
| Sidley Austin LLP | Sidley Austin LLP | Rothschild & Co is and was involved in transactions unrelated to CHAP in which Sidley Austin LLP is and was a participant. |
| Société Générale | Société Générale | Rothschild & Co advised ad hoc creditors committees on matters unrelated to CHAP where Société Générale was a member. |
| Strategic Value Partners, LLC | Strategic Value Partners | Rothschild & Co is currently advising an ad hoc creditors committee on a matter unrelated to CHAP where Strategic Value Partners is a member. |

Chaparral Energy, Inc. ("CHAP")                Source: Interested Party List: 8/24/20

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| | | Rothschild & Co was involved in transactions unrelated to CHAP where Strategic Value Partners was a participant.<br><br>Rothschild & Co has previously advised an ad hoc creditors committee on matters unrelated to CHAP where Strategic Value Partners was a member. |
| Stroock & Stroock & Lavan, LLP | Stroock & Stroock & Lavan, LLP | Current and former Rothschild & Co client in its capacity as legal counsel to third party entities on matters unrelated to CHAP.<br><br>Rothschild & Co is and was involved in transactions unrelated to CHAP where Stroock is and was a participant. |
| UMB Bank | UMB Bank | Current Rothschild & Co client in its capacity as trustee on a matter unrelated to CHAP. |
| Verizon Wireless | Verizon Wireless | Client pitches by Rothschild & Co on matters unrelated to CHAP.<br><br>Rothschild & Co vendor. |
| Vinson & Elkins LLP | Vinson & Elkins LLP | Rothschild & Co is and was involved in transactions unrelated to CHAP where Vinson & Elkins LLP is and was a participant. |
| Windstream | Windstream Holdings Inc. | Rothschild & Co is involved in transactions unrelated to CHAP in which Windstream |

**Chaparral Energy, Inc. ("CHAP")**          **Source: Interested Party List: 8/24/20**

| Party in Interest[1] | Entity with which Rothschild & Co US Inc. ("Rothschild & Co") has a Connection | Nature of Connection |
|---|---|---|
| | | Holdings Inc. is a participant. |
| | | Client pitches by Rothschild & Co on matters unrelated to CHAP. |