IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
CHAPARRAL ENERGY, INC.,                           :    Case No. 16-11144 (LSS)
                                                  :
         Reorganized Debtor.[1]                  :
                                                  :
---------------------------------------------------------- x
---------------------------------------------------------- x
In re:                                            :    Chapter 11
                                                  :
CHAPARRAL ENERGY, INC., *et al.*,[2]              :    Case No. 20-11947 (MFW)
                                                  :
         Debtors.                               :    (Jointly Administered)
                                                  :
                                                  :
---------------------------------------------------------- x

*AMENDED*[3] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 26, 2020 AT 3:00 P.M. (ET)**

---

1   The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is Chaparral Energy, Inc. (0941).  The Reorganized Debtor's address is 701 Cedar Lake Blvd., Oklahoma City, OK 73114.

2   The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753).  The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

**3   Amended items appear in bold.**

RLF1 23918614v.1

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Chaparral Energy 20-11947**
> **Time: August 26, 2020 at 3:00 p.m. (Eastern Time)**
>
> **Join ZoomGov Meeting:** https://debuscourts.zoomgov.com/j/1608994484
>
> **Meeting ID: 160 899 4484 Passcode: 859256**

I. <u>**MATTER GOING FORWARD**</u>**:**

1. Joint Motion for the Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7032, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) a Judgment Finally Approving the Settlement [Docket Nos. 13 & 1619 – filed August 16, 2020]

    <u>Objection / Response Deadline</u>:   August 25, 2020 at **12:00 p.m.** (ET)

    <u>Objections / Responses Received</u>:

    A. **Limited Objection and Reservation of Rights of U.S. Trustee to Joint Motion for the Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7032, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating a Class Representative, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) a Judgment Finally Approving the Settlement [Docket No. 118 – filed August 25, 2020]**

Related Documents:

i. Declaration of Jennifer M. Keough [Docket No. 14 & 1620 – filed August 16, 2020]

ii. Joint Motion for Entry of an Order (I) Shortening the Notice Period and Waiving Local Rule 9006-1(c)(ii) with Respect to the Joint Settlement Motion and (II) Granting Related Relief [Docket No. 15 & 1621 – filed August 16, 2020]

iii. Order (I) Shortening the Notice Period and Waiving Local Rule 9006-1(c)(ii) with Respect to the Joint Settlement Motion and (II) Granting Related Relief [Docket Nos. 91 & 1624 – entered August 18, 2020 and August 19, 2020]

iv. Notice of Hearing [Docket Nos. 104 & 1625 – filed August 19, 2020]

Status: The hearing on this matter is going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated: August 26, 2020
   Wilmington, Delaware

               */s/ Brendan J. Schlauch*
               John H. Knight (No. 3848)
               Amanda R. Steele (No. 5530)
               Brendan J. Schlauch (No. 6115)
               RICHARDS, LAYTON & FINGER, P.A.
               One Rodney Square
               920 North King St.
               Wilmington, Delaware 19801
               Telephone: 302-651-7700
               Fax: 302-651-7701
               E-mail: knight@rlf.com
                   steele@rlf.com
                   schlauch@rlf.com

               *Proposed Counsel for Debtors and*
               *Debtors in Possession and Counsel to the*
               *Reorganized Debtor*

               - and –

               Damian S. Schaible (admitted *pro hac vice*)
               James I. McClammy (admitted *pro hac vice*)
               Angela M. Libby (admitted *pro hac vice*)
               Jacob S. Weiner (admitted *pro hac vice*)
               DAVIS POLK & WARDWELL LLP
               450 Lexington Avenue
               New York, New York 10017
               Telephone:  212-450-4000
               Fax:  212-701-5800
               Email: damian.schaible@davispolk.com
                   james.mcclammy@davispolk.com
                   angela.libby@davispolk.com
                   jacob.weiner@davispolk.com

               *Proposed Counsel for Debtors and*
               *Debtors in Possession*