**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | Case No. 20-11947 (MFW) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Robert Miller, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On August 20, 2020, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Filing of Certain Revised Exhibits to Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates** [Docket No. 106]

Furthermore, on August 21, 2020, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **Exhibit E** for subsequent distribution to beneficial holders of the Common Stock, CUSIP 15942R 20 8, who hold 2,000,000 shares or more; via First Class Mail upon the service lists attached hereto as **Exhibit F** and **Exhibit G**; and via Electronic mail upon the service list attached hereto as **Exhibit H**:

- **Notice of Order Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates** [Docket No. 105]

---

[1] The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753). The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

- **Notice of Filing of Certain Revised Exhibits to Motion of Debtors for Entry of Interim and Final Orders Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates**
  [Docket No. 106]

Furthermore, in accordance with Local Rule 5005-4(c)(ii), all eligible CM/ECF participants were served via the Court's CM/ECF system with true and correct copies of the foregoing.

Dated:  August 27, 2020

_s/_ Robert Miller

Robert Miller
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
Core/2002 List
Served via Electronic Mail

| Description | Company | Notice Name | Email |
|---|---|---|---|
| Top 20 Creditor | BCE Roadrunner LLC | | kristin@bayoucityenergy.com |
| Top 20 Creditor | BCE-Mach III LLC | | ktucker@machresources.com |
| Top 20 Creditor | Bison Water Midstream (BWM) | | arsupport@bisonok.com |
| Top 20 Creditor | Chesapeake Operating Inc | | lacie.mcgillicuddy@chk.com |
| Top 20 Creditor | Chisholm Oil &  Gas Operating LLC | Attn Robert M Zinke | accountspayable@chisholmog.com |
| Top 20 Creditor | Contango Resources, Inc | | ben.ingold@contango.com; scott.dubois@contango.com |
| DE AG Office | Delaware Attorney General | Matthew Denn | attorney.general@state.de.us |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | attorney.general@state.de.us |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Lead Plaintiffs in Class Action and Naylor Farms, Inc. | Fox Rothschild LLP | Attn Seth A. Niederman and Thomas M. Horan | sniederman@foxrothschild.com; thoran@foxrothschild.com |
| Counsel to Lead Plaintiffs in Class Action and Naylor Farms, Inc. | Helms Law Firm | Attn Conner L. Helms, Esq. | conner@helmslegal.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | sbse.insolvency.balt@irs.gov |
| Counsel to Matagorda County, Palacios ISD, Galveston County, Harris County, Montgomery County and Cypress-Fairbanks ISD | Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to the State of Louisiana, Office of Mineral Resources | Louisiana Departement of Justice | Ryan M. Seidemann | seidemannr@ag.state.la.us; lentoc@ag.state.la.us |
| Counsel to Midland Central Appraisal District | McCreary, Veselka, Bragg & Allen, P.C. | Tara LeDay | tleday@mvbalaw.com |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutch, Mulvaney & Carpenter, LLP | Gary D. Bressler and David P. Primack | gbressler@mdmc-law.com; dprimack@mdmc-law.com; scarney@mdmc-law.com |
| Counsel to U.S. Specialty Insurance Company | McElroy, Deutch, Mulvaney & Carpenter, LLP | Michael R. Morano | mmorano@mdmc-law.com |
| Top 20 Creditor | Naylor Farms Inc | | conner@helmslegal.com |
| Counsel to the Unclaimed Property Division of the Texas Comptroller of Public Accounts | Office of the Attorney General of Texas | Bankruptcy & Collections Division | jason.binford@oag.texas.gov; layla.milligan@oag.texas.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Linda Richenderfer Esq | linda.richenderfer@usdoj.gov |
| SEC Regional Office | Securities & Exchange Commission | Kelly L Gibson Regional Director | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy-ogc-ado@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Top 20 Creditor | Sightline | | jonathan.kraft@yahoo.com |
| Counsel to the Ad Hoc Group of Holders of Senior Notes | Strook & Strook & Lavan LLP | Kristopher M. Hansen, Erez E. Gilad, Samantha L. Martin, and Isaac S. Sasson | khansen@stroock.com; egilad@stroock.com; smartin@stroock.com; isasson@stroock.com |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Counsel to the Administrative Agent for the Debtors' Credit Facility, Royal Bank of Canada | Vinson & Elkins LLP | William L. Wallander, Esq., Bradley Foxman, Esq. & Trevor Spears, Esq. | bwallander@velaw.com; bfoxman@velaw.com; tspears@velaw.com |
| Counsel to Royal Bank of Canada | Womble Bond Dickinson (US) LLP | Ericka F. Johnson, Esq. | ericka.johnson@wbd-us.com |
| Counsel to the Ad Hoc Group of Holders of Senior Notes | Young, Conaway, Stargatt & Taylor, LLP | Attn Matthew Lunn, Robert Poppiti | mlunn@ycst.com; rpoppiti@ycst.com |

# Exhibit B

**Exhibit B**
Substantial Holders of Equities
Served via Electronic Mail

| Company | Notice Name | Email |
|---|---|---|
| Strategic Value Partners, LLC | Victor Khosla | vkhosla@bloomberg.net |
| Paloma Partners Management Co | Douglas Ambrose | dambrose@paloma.com |

# Exhibit C

**Exhibit C**
Core/2002 List
Served via First Class Mail

| Description | Company | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Arkansas Environmental Agency | Arkansas Dept of Environmental Quality | | 5301 Northshore Dr. | | North Little Rock | AR | 72118-5317 | |
| Top 20 Creditor | BCE Roadrunner LLC | | 1201 Louisiana St Ste 3308 | | Houston | TX | 77002 | |
| Top 20 Creditor | BCE-Mach III LLC | | PO Box 248819 | | Oklahoma City | OK | 73124-8819 | |
| Top 20 Creditor | BCE-Mach III LLC | | 14201 Wireless Way | Ste 300 | Oklahoma City | OK | 73134-2521 | |
| Top 20 Creditor | Bison Water Midstream (BWM) | | PO Box 258831 | | Oklahoma City | OK | 73125-8831 | |
| Top 20 Creditor | Bison Water Midstream (BWM) | | PO Box 249 | | Oklahoma City | OK | 73101 | |
| Top 20 Creditor | Chesapeake Operating Inc | | PO Box 207295 | | Dallas | TX | 75320-7295 | |
| Top 20 Creditor | Chesapeake Operating Inc | | 6100 North Western Ave | | Oklahoma City | OK | 73118 | |
| Top 20 Creditor | Chisholm Oil & Gas Operating LLC | Attn Robert M Zinke | 6100 S Yale Avenue Ste 1700 | | Tulsa | OK | 74136 | |
| Top 20 Creditor | Contango Resources, Inc | | PO Box 735060 | | Dallas | TX | 75373-5060 | |
| Top 20 Creditor | Contango Resources, Inc | | 717 Texas Ave | Ste 2900 | Hosuton | TX | 77002 | |
| Top 20 Creditor | Dale Operating Company | | 2100 Ross Ave Suite 1870 | | Dallas | TX | 75201 | |
| DE AG Office | Delaware Attorney General | Matthew Denn | Carvel State Office Building | 820 N. French St. | Wilmington | DE | 19801 | |
| DE DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept | 820 N French St. 6th Fl. | | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Franchise Tax | 401 Federal St. | PO Box 898 | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Ste. 100 | | Dover | DE | 11904 | |
| Top 20 Creditor | Devon Energy Prod Co LP | | PO Box 842485 | | Dallas | TX | 75284-2485 | |
| Top 20 Creditor | Devon Energy Prod Co LP | | 333 West Sheridan Ave | | Oklahoma City | OK | 73102-5015 | |
| EPA Headquarters | Environmental Protection Agency | Office of General Counsel | U.S. EPA William Jefferson Clinton Building South (WJC South) | 1200 Pennsylvania Avenue N.W. 2310A | Washington | DC | 20004 | |
| Region 6 (AR LA NM OK TX) | Environmental Protection Agency, Region 6 | | 1445 Ross Ave Ste 1200 | | Dallas | TX | 75202-2733 | |
| Region 7 (IA KS MO NE) | Environmental Protection Agency, Region 7 | | 11201 Renner Blvd. | | Lenexa | KS | 66219 | |
| Top 20 Creditor | George W Clark Jr Trust | | 3801 E Forman Rd | | El Reno | OK | 73036 | |
| Top 20 Creditor | Heritage Resources-NonOp LLC | | PO Box 13580 | | Oklahoma City | OK | 73113 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Kansas Environmental Agency | Kansas Dept of Health and Environment | | Curtis State Building | 1000 SW Jackson | Topeka | KS | 66612 | |
| Top 20 Creditor | King Energy LLC | | 7025 N Robinson | | Oklahoma City | OK | 73116 | |
| Top 20 Creditor | Leader Energy Services LLC | | Departmet #300, PO Box 4776 | | Houston | TX | 77210 | |
| Louisiana Environmental Agency | Louisiana Dept of Environmental Quality | | 602 N Fifth St. | | Baton Rouge | LA | 70802 | |
| Top 20 Creditor | Naylor Farms Inc | | 401 SW 24th Ave Box 205 | | Perryton | TX | 79070 | |
| New Mexico Environmental Agency | New Mexico Environment Dept | | 1190 St Francis Dr. | Ste. N4050 | Santa Fe | NM | 87505 | |
| Attorney General for the State of Texas | Office of the Attorney General | Attn Bankruptcy Dept | PO Box 12548 | | Austin | TX | 78711-2548 | |
| Attorney General for the State of Texas | Office of the Attorney General | Attn Bankruptcy Dept | 300 W. 15th St. | | Austin | TX | 78701 | |
| Attorney General for the State of Oklahoma | Office of the Oklahoma Attorney General | Attn Bankruptcy Dept | 313 NE 21st St. | | Oklahoma City | OK | 73105 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Linda Richenderfer Esq | J Caleb Boggs Federal Bldg | 844 King St Ste. 2207 Lockbox 35 | Wilmington | DE | 19801 | |
| Oklahoma Environmental Agency | Oklahoma Dept of Environmental Quality | | 707 N Robinson | | Oklahoma City | OK | 73102 | |

**Exhibit C**
Core/2002 List
Served via First Class Mail

| Description | Company | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | Paloma Partners IV LLC | | 1100 Louisiana Ste 5100 | | Houston | TX | 77002 | |
| Top 20 Creditor | RAF Exploration LLC | | 5816 NW 135th St Ste A | | Oklahoma City | OK | 73142 | |
| Top 20 Creditor | Roan Resources LLC | | 320 S Boston Ste 900 | | Tulsa | OK | 74103 | |
| Administrative Agent for the Debtors' Credit Facility | Royal Bank of Canada | Agency Services Group | Attn Manager, Agency Services Group | 4th Floor, 20 King St. West | Toronto | ON | M5H 1C4 | Canada |
| SEC Regional Office | Securities & Exchange Commission | Kelly L Gibson Regional Director | 1617 JFK Boulevard Ste. 520 | | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St. NE | | Washington | DC | 20549 | |
| SEC Regional Office | Securities & Exchange Commission NY Office | Andrew Calamari Regional Director | Brookfield Place | 200 Vesey St., Ste. 400 | New York | NY | 10281-1022 | |
| Top 20 Creditor | Sightline | | PO Box 3195 | | Oklahoma City | OK | 73101 | |
| Texas Environmental Agency | Texas Commission On Environmental Quality | | 12100 Park 35 Circle | | Austin | TX | 87853 | |
| Top 20 Creditor | Tom & Marty Rother Trust | | 5325 234th St NW | | Okarche | OK | 73762 | |
| Indenture Trustee of 8.750% Senior Notes Due 2023 | UMB Bank, N.A. | Attn Mauri Cowen | 5555 San Felipe St. | Ste. 870 | Houston | TX | 77056 | |
| US Attorneys Office for DE | US Attorney for Delaware | David C Weiss c/o Ellen Slights | 1007 Orange St., Ste. 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | |
| Top 20 Creditor | White Star Petroleum Holdings LLC | | 301 NW 63rd Suite 900 | | Oklahoma City | OK | 73116 | |

# Exhibit D

**Exhibit D**
Substantial Holders of Equities
Served via First Class Mail

| Company | Notice Name | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Strategic Value Partners, LLC | Victor Khosla | 100 West Putnam Avenue | Greenwich | CT | 06830 |
| Paloma Partners Management Co | Douglas Ambrose | Two American Lane | Greenwich | CT | 06836 |

In re Chaparral Energy, Inc., et al.
Case No. 20-11947 (MFW)

Page 1 of 1

# Exhibit E

**Exhibit E**
Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Broadridge | Receiving Department | 51 Mercedes Way | Edgewood | NY | 11717 |
| Mediant Communications | Stephany Hernandez | 100 Demarest Dr | Wayne | NJ | 07470 |

# Exhibit F

**Exhibit F**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO Clearing | Caryn Dombrowski | 175 W Jackson Blvd | Ste 2050 | | Chicago | IL | 60604-2606 | |
| AEIS | Greg Wraalstad | 901 3rd Ave South | | | Minneapolis | MN | 55474 | |
| Apex Clearing | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| AXOS Clearing LLC | Corporate Actions | 9300 Underwood Ave | Ste 400 | | Omaha | NE | 68114 | |
| Baird Robert W & Co Incorporated | Actions Corporate | 777 E Wisconsin Ave | | | Milwaukee | WI | 53202 | |
| Bank of America Merrill Lynch | Corp Actions Notifications Jax | Corporate Action Dept | 4804 Deer Lake Drive East | | Jacksonville | FL | 32246 | |
| Bank of America National Association | Carla V Brooks | 411 N Akard 5th Fl | | | Dallas | TX | 75201 | |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | | Jersey City | NJ | 07302-0000 | |
| Barclays Bank PLC NY Branch | Anthony Sciaraffo | 1301 Sixth Ave | | | New York | NY | 10019 | |
| BMO Nesbitt Burns Inc | Louise Torangeau | 1 First Canadian Place 13th Fl | PO Box 150 | | Toronto | ON | M5X 1H3 | Canada |
| BNP Paribas NY Branch | Dean Galli | 525 Washington Blvd 9th Fl | | | Jersey City | NJ | 07310 | |
| BNP Paribas NY Branch BNP PAR | Aaron Collie | 525 Washington Blvd | 9th Floor | | Jersey City | NJ | 07310 | |
| BNY Mellon | Enis Suljic | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |
| Brown Brothers Harriman & Co | Jerry Travers | 525 Washington Blvd | Newport Towers | | Jersey City | NJ | 07310 | |
| Cetera Investment Services LLC | Angela Handeland | 400 First Street South | Ste 300 | | St Cloud | MN | 56301 | |
| Charles Schwab & Co Inc | Benjamin Gibson | 2423 E Lincoln Dr | Corp Actions Dept 01-1B572 | | Phoenix | AZ | 85016 | |
| CIBC World Markets Inc | Patricia Neath | 161 Bay St | 10th Fl | | Toronto | ON | M5J 258 | Canada |
| Citi Clearing | Jeffrey Irwin | 666 5th Ave | Attn Corporate Actions 6th Fl | | New York | NY | 10103 | |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | | Tampa | FL | 33610 | |
| Credential Securities | Brooke Odenvald | c o Corporate Actions | 800-1111 W Georgia St | | Vancouver | BC | V6E 4T6 | Canada |
| Credit Suisse Securities USA LLC | Reorg Department | Eleven Madison Ave | Corporate Actions MOAA 212 | | New York | NY | 10010-3629 | |
| CREST International Nominees Limited | Nathan Ashworth | 33 Cannon St | | | London | | EC4M 5SB | United Kingdom |
| D A Davidson & Co | Niki Garrity | PO Box 5015 | | | Great Falls | MT | 59403 | |
| Desjardins Securities Inc | Karla Diaz | 2 Complexe Desjardins Tour Est | Nirveau 62, E1-22QC | | Montreal | QC | H5B 1J2 | Canada |

**Exhibit F**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Deutsche Bank Securities Inc | Ira Kovins | Harborside Financial Center | 100 Plaza One, 2nd Floor | Corporate Actions Department | Jersey City | NJ | 07311-0000 | |
| Deutsche Bank Securities Inc./Cedar | John Binder | Harborside Financial Center | 100 Plaza One, 2nd Floor | Corporate Actions Dept | Jersey City | NJ | 07311-3988 | |
| Edward D Jones & Co | Elizabeth Rolwes | 201 Progress Parkway | | | Maryland Heights | MO | 63043-3042 | |
| Electronic Transaction Clearing Inc | Jane Buhain | 660 S Figueroa St | Ste 1450 | | Los Angeles | CA | 90017 | |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | | Lake Success | NY | 11042 | |
| Fifth Third Bank/State Teachers Reti | Lance Wells | 38 Fountain Square Plaza | Mail Drop 1090F1 | | Cinncinnati | OH | 45263 | |
| Folio FN Investments Inc | Ashley Theobald | 8180 Greensboro Dr | 8th Fl | | McLean | VA | 22102 | |
| Goldman Sachs & Co | Proxy Department | 30 Hudson St | | | Jersey City | NJ | 07302-4699 | |
| Hilltop Securities | Virginia Allwardt | 1201 Elm St | Ste 3700 | | Dallas | TX | 75270 | |
| HRT Financial LLC | William Krinsky | 32 Old Slip 30th Floor | | | New York | NY | 10005 | |
| HSBC Bank USA, NA | Joseph Telewiak | 545 Washington Blvd | | | Jersey City | NJ | 07310 | |
| Huntington National | Debra Bailey | Easton Oval | EA4E69 | | Columbus | OH | 43219 | |
| Instinet Inc | Lauren Hammond | Worldwide Plaza | 309 West 49th St | | New York | NY | 10019-7316 | |
| Interactive Broker Retail Equity Clearing | Karin McCarthy | 2 Pickwick Plz | 2nd Fl | | Greenwich | CT | 06830 | |
| INTL FCStone fka Sterne Agee & Leach Inc | Carrie Kelly | Two Perimeter Park S | Ste 100W | | Birmingham | AL | 35243 | |
| J P Morgan Clearing Corp | Proxy Dept Manager | 14201 Dallas Parkway | | | Dallas | TX | 75254 | |
| Jefferies & Co Inc | Joseph Porcello | Harborside Financial Center | 705 Plaza 3 | | Jersey City | NJ | 07311-0000 | |
| JMS LLC | Michael Tse | 1717 Arch St | Dividend/Reorg Dept 16th Fl | | Philadelphia | PA | 19103 | |
| JPM Chase/Blackrock | Sachin Goyal | 500 Stanton Christiana Road | OPS 4, Floor 2 | | Newark | DE | 19713 | |
| JPM/OPERS | Darrell Watkins | 14201 Dallas Parkway | 10th Floor | | Dallas | TX | 75254-2917 | |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Parkway | | | Dallas | TX | 75254 | |
| JPMorgan Chase Bank/Euroclear | Sachin Goyal | 500 Stanton Christiana Road | OPS 4 | Floor 2 | Newark | DE | 19713-2107 | |
| JPMorgan Chase Bank/IA | Sanjay Ghuliani | Paradigm B Wing Floor 6 | Mindspace Malad W | | Mumbai | | 400 064 10000 | India |
| Knight Clearing Services LLC | Anna Rossi | 545 Washington Blvd | | | Jersey City | NJ | 07310 | |

**Exhibit F**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| LEK Securities Corporation | Daniel Hanuka | 140 Broadway | 29th Fl | | New York | NY | 10005 | |
| LPL Financial Corporation | Martha Lang | Corporate Actions | 1055 LPL Financial Way | | Fort Mill | SC | 29715 | |
| Merrill Lynch Pierce Fenner & Smith | Veronica ONeil | 101 Hudson St | 8th Fl | | Jersey City | NJ | 07302-0000 | |
| Merrill Lynch Pierce Fenner & Smith | Corp Actions Notifications Jax | Corporate Action Dept | 4804 Deer Lake Drive East | | Jacksonville | FL | 32246 | |
| Merrill Lynch, Pierce, Fenner & Smith | Earl Weeks | 4804 Deerlake Dr. East | | | Jacksonville | FL | 32246 | |
| Merrill Lynch, Pierce, Fenner & Smith | Earl Weeks | 4804 Deerlake Dr. East | | | Jacksonville | FL | 32246 | |
| Morgan Stanley & Co Inc | Robert Cregan | One New York Plaza | 7th Fl | | New York | NY | 10004 | |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Center | 230 Plaza Three 6th Fl | | Jersey City | NJ | 07311 | |
| National Financial Services | Lou Trezza | 200 Liberty St | | | New York | NY | 10281 | |
| NBCN Inc | Louise Normandin | 1010 de la Gauchetiere St West | Mezzanine 100 | | Montreal | QC | H3B 5J2 | Canada |
| Nomura Securities International | Daniel Lynch | 2 World Financial Center | 19th Floor Bldg B | | New York | NY | 10281 | |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn  Capital Structures  C1N | | Chicago | IL | 60607 | |
| Oppenheimer & Co Inc | Oscar Mazario | 125 Broad St | 15th Fl | | New York | NY | 10004 | |
| Pensco Trust Company LLC | Holly Nickerson | 560 Mission St | Ste 1300 | | San Francisco | CA | 94105 | |
| Pershing LLC Securities Corporation | Scott Reifer | 1 Pershing Plaza | | | Jersey City | NJ | 07399-0000 | |
| Phillip Capital Inc. | Stephen Milcarek | 141 W Jackson Blvd | Ste 1531A | | Chicago | IL | 60604-3121 | |
| Questrade Inc | Kevin McQuaid | 5650 Yonge St | Ste1700 | | Toronto | ON | M2M 4G3 | Canada |
| Raymond James & Associates Inc | Tracey Goodwin | 880 Carillion Pkwy | | | St Petersburg | FL | 33733 | |
| RBC Capital Markets Corporation | Attn Security Transfers and Restricted P09 | 60 South Sixth St | 9th Fl | | Minneapolis | MN | 55402-4400 | |
| RBC Dominion Securities Inc | Donald Garcia | 200 Bay St Royal Bk Plaza | North Tower 6th Fl | | Toronto | ON | M5J 2J5 | Canada |
| Robinhood Securities LLC | Dawn Pagliaro | 500 Colonial Center Parkway, #100 | | | Lake Mary | FL | 32746 | |
| Scotia Capital Inc | Normita Ramirez | 40 King St West | 23rd Fl | | Toronto | ON | M5H 1H1 | Canada |

**Exhibit F**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| SEI PV/GWP | Juan Portela | One Freedom Valley Drive | | | Oaks | PA | 19456 | |
| SG AMERICA | Paul Mitsakos | 480 Washington Blvd | | | Jersey City | NJ | 07310 | |
| SSB & T Co Client Custody Services | Myriam Piervil | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| SSB IBT BGI | Trina Estremera | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| State Street Bank & Trust Co | Michael Kania | 525 William Penn Place | | | Pittsburgh | PA | 15259 | |
| State Street Bank and Trust Co | Corporate Action | Corp Actions JAB5E | 1776 Heritage Dr | | North Quincy | MA | 02171-0000 | |
| Stifel Nicolaus & Co Inc | Chris Wiegand | 501 N Broadway | 7th Fl | | St. Louis | MO | 63102 | |
| Stockcross Financial Services, Inc | Eleanor Pimentel | 77 Summer St | 3rd Fl | | Boston | MA | 02210-0000 | |
| TD Ameritrade Clearing Inc | Mandi Foster | PO Box 2155 | | | Omaha | NE | 68103-2155 | |
| TD Waterhouse Canada Inc | Beverly Adams | 60 North Windplace | | | Scarborough | ON | M1S 3A7 | Canada |
| The Bank of New York Mellon/SPDR | Michael Kania | One BNY Mellon Center | 500 Grant Street | | Pittsburgh | PA | 15281-0001 | |
| TradeStation Group Inc | Herbert Walton | 8050 SW 10th St | Ste 4000 | | Plantation | FL | 33324 | |
| UBS AG Stamford Branch/as Custodian | Michael Marciano | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | |
| UBS Financial Services LLC | Jane Flood | 1000 Harbor Blvd | | | Weehawken | NJ | 07086-0000 | |
| UBS Securities LLC | Michael Marciano | 480 Washington Blvd | | | Jersey City | NJ | 07310-0000 | |
| US Bancorp Investments Inc | Cherice Tveit | 60 Livingston Ave | EP MN WN1B | | St Paul | MN | 55107-1419 | |
| US Bank NA | Matt Lynch | 1555 N Rivercenter Dr | S302 | | Milwaukee | WI | 53212 | |
| Vanguard Marketing Corporation | Marc Staudenmaier | 455 Devon Park Dr | Attn Corporate Actions | Mailstop 924 | Wayne | PA | 19087-1815 | |
| Vision Financial Markets LLC | Anna Martinez | 120 Long Ride Road 3 | | | North Stamford | CT | 06902 | |
| Wedbush Morgan Securities Inc | Hermon Alem | 1000 Wilshire Blvd | | | Los Angeles | CA | 90017 | |
| Wedbush Securities Inc | Alan Ferreira | 1000 Wilshire Blvd | Ste 850 | | Los Angeles | CA | 90017 | |
| Wells Fargo Advisors | Finessa Rosson | One North Jefferson | | | St Louis | MO | 63103 | |
| Wells Fargo Bank NA/Sig | Robert Matera | 1525 West WT Harris Blvd | | | Charlotte | NC | 28262 | |
| Wells Fargo Securities LLC | Steve Turner | 1525 West WT Harris Blvd | 1B1 | | Charlotte | NC | 28262 | |

**Exhibit F**
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Securities, LLC | Steve Turner | 1525 West WT Harris Blvd | | | Charlotte | NC | 28262 | |

In re Chaparral Energy, Inc., et al.
Case No. 20-11947 (MFW)

Page 5 of 5

# Exhibit G

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|------|-----------|----------|------|-------|-----|---------|
| ADAM P BELFLOWER | | ADDRESS REDACTED | | | | |
| ALFONSO CASTELLANOS | | ADDRESS REDACTED | | | | |
| AMY DIANE MCLANAHAN | | ADDRESS REDACTED | | | | |
| AMY J MCNEILL | | ADDRESS REDACTED | | | | |
| ANDREW MARCUS AUSTIN | | ADDRESS REDACTED | | | | |
| ANTHONY B WITTER | | ADDRESS REDACTED | | | | |
| APRIL D DOTSON | | ADDRESS REDACTED | | | | |
| ARTURO LOPEZ | | ADDRESS REDACTED | | | | |
| AVA C EMERSON | | ADDRESS REDACTED | | | | |
| BAILEY R BENHAM | | ADDRESS REDACTED | | | | |
| BARRY WAYNE PHILLIPS | | ADDRESS REDACTED | | | | |
| BECKY S VINCENT | | ADDRESS REDACTED | | | | |
| BENJAMIN AARON O'BANNON | | ADDRESS REDACTED | | | | |
| BENJAMIN K RICHARD | | ADDRESS REDACTED | | | | |
| BILLIE JO YINGLING | | ADDRESS REDACTED | | | | |
| BRANDON W JOHNSON | | ADDRESS REDACTED | | | | |
| BRAY NEILA BROWNRIGG | | ADDRESS REDACTED | | | | |
| BRENDA L HUTCHERSON | | ADDRESS REDACTED | | | | |
| BRYAN SCOTT COTHRAN | | ADDRESS REDACTED | | | | |
| CAMERON F THOMAS | | ADDRESS REDACTED | | | | |
| CAREN VAP | | ADDRESS REDACTED | | | | |
| CAROLINE INES KRENEK | | ADDRESS REDACTED | | | | |
| CHACIE DEANN NORTON | | ADDRESS REDACTED | | | | |
| CHAFEN A GLASSCOCK | | ADDRESS REDACTED | | | | |
| CHARLEE ALLEN | | ADDRESS REDACTED | | | | |
| CHARLES R WILLIAMS | | ADDRESS REDACTED | | | | |
| CHERYL A CLAXTON | | ADDRESS REDACTED | | | | |
| CHERYL R REESE | | ADDRESS REDACTED | | | | |
| CHRIS L RINGSTAFF | | ADDRESS REDACTED | | | | |
| CHRISTINA ANN VIERA | | ADDRESS REDACTED | | | | |
| CHRISTOPHER CHAD FISHER | | ADDRESS REDACTED | | | | |
| CHRISTOPHER E COLE | | ADDRESS REDACTED | | | | |
| CLINT DEWAYNE SPIVEY | | ADDRESS REDACTED | | | | |
| CLINT MICHAEL MOORE | | ADDRESS REDACTED | | | | |
| CODY T BERGNER | | ADDRESS REDACTED | | | | |
| Computershare | Brooke Webb | ADDRESS REDACTED | | | | |

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| CORAL LAM | | ADDRESS REDACTED | | | | |
| COURTNEY L ALBRIGHTSON | | ADDRESS REDACTED | | | | |
| COURTNEY M PRICE | | ADDRESS REDACTED | | | | |
| CYNTHIA A PALMER | | ADDRESS REDACTED | | | | |
| DANIEL K HODGE | | ADDRESS REDACTED | | | | |
| DANIELLE HUNT | | ADDRESS REDACTED | | | | |
| DANMAR CLOETE HERHOLDT | | ADDRESS REDACTED | | | | |
| DANNY BUCKALOO | | ADDRESS REDACTED | | | | |
| DANNY PAUL ALBRIGHT | | ADDRESS REDACTED | | | | |
| DARREN DANIEL MINTS | | ADDRESS REDACTED | | | | |
| DAVID RUDER | | ADDRESS REDACTED | | | | |
| DEIDRA M STALNAKER | | ADDRESS REDACTED | | | | |
| DEREK E PRESLEY | | ADDRESS REDACTED | | | | |
| DONALD L MARLETT | | ADDRESS REDACTED | | | | |
| DONNA K KIRKPATRICK | | ADDRESS REDACTED | | | | |
| DOUGLAS E BROOKS | | ADDRESS REDACTED | | | | |
| DOUGLAS W BURCHETT | | ADDRESS REDACTED | | | | |
| DUSTY M WINKLER | | ADDRESS REDACTED | | | | |
| EDDIE C BARNETT | | ADDRESS REDACTED | | | | |
| EDITH B HUDSON | | ADDRESS REDACTED | | | | |
| ELISA M MCDONALD | | ADDRESS REDACTED | | | | |
| ELIZABETH A NEWTON | | ADDRESS REDACTED | | | | |
| EMILY J FAUCHIER | | ADDRESS REDACTED | | | | |
| FRANKLIN D KEETON | | ADDRESS REDACTED | | | | |
| GARRETT W REASNOR | | ADDRESS REDACTED | | | | |
| GAYLEN B BALDWIN | | ADDRESS REDACTED | | | | |
| GEORGIA MAE MOLLER | | ADDRESS REDACTED | | | | |
| GERARDO SIEJAS MUNOZ | | ADDRESS REDACTED | | | | |
| GLORIA J COOK | | ADDRESS REDACTED | | | | |
| HAROLD NEAL | | ADDRESS REDACTED | | | | |
| JACKIE TAYLOR | | ADDRESS REDACTED | | | | |
| JACOB WILLIAMS | | ADDRESS REDACTED | | | | |
| JAMES D RUST | | ADDRESS REDACTED | | | | |
| JAMES D SHELTON | | ADDRESS REDACTED | | | | |
| JAMES DUNLOP | | ADDRESS REDACTED | | | | |
| JAMES EDWARD CHASTEEN | | ADDRESS REDACTED | | | | |

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| JAMES GRAYBILL | | ADDRESS REDACTED | | | | |
| JAMES MATHEW BLACKWELL | | ADDRESS REDACTED | | | | |
| JAMES R KENNEDY | | ADDRESS REDACTED | | | | |
| JASON M EDWARDS | | ADDRESS REDACTED | | | | |
| JASON T BARTLING | | ADDRESS REDACTED | | | | |
| JASON W ELKIN | | ADDRESS REDACTED | | | | |
| JASON W GARDNER | | ADDRESS REDACTED | | | | |
| JEFFERY D RODEN | | ADDRESS REDACTED | | | | |
| JEFFERY D SMITH | | ADDRESS REDACTED | | | | |
| JENNIFER DAWN CUNNINGHAM | | ADDRESS REDACTED | | | | |
| JEREMY S MITCHELL | | ADDRESS REDACTED | | | | |
| JERRY F CORNISH | | ADDRESS REDACTED | | | | |
| JIMMIE LYNN JOHNSON | | ADDRESS REDACTED | | | | |
| JODY R BLODGETT | | ADDRESS REDACTED | | | | |
| JOHNNY GIEBLER | | ADDRESS REDACTED | | | | |
| JONATHAN BOLTON | | ADDRESS REDACTED | | | | |
| JONATHAN J GUINN | | ADDRESS REDACTED | | | | |
| JOSHUA A FLOYD | | ADDRESS REDACTED | | | | |
| JOSHUA DAVID MCGEE | | ADDRESS REDACTED | | | | |
| JULIO MORENO-GAMES | | ADDRESS REDACTED | | | | |
| KARA GERLACH | | ADDRESS REDACTED | | | | |
| KATHRYN J BERRYHILL | | ADDRESS REDACTED | | | | |
| KEITH F GRIFFITH | | ADDRESS REDACTED | | | | |
| KELLY ANN MCMURRAIN | | ADDRESS REDACTED | | | | |
| KELLY DON HEDRICK | | ADDRESS REDACTED | | | | |
| KENDALL LEIGH COWDEN | | ADDRESS REDACTED | | | | |
| KENNETH L WAUGH | | ADDRESS REDACTED | | | | |
| KENNETH W KIRBY | | ADDRESS REDACTED | | | | |
| KEVIN L ISOM | | ADDRESS REDACTED | | | | |
| KIMBERLY DAWN ADAMS | | ADDRESS REDACTED | | | | |
| KRISTIAN SALCEDO | | ADDRESS REDACTED | | | | |
| KRISTIE CROSS | | ADDRESS REDACTED | | | | |
| KRISTINA K WALKER | | ADDRESS REDACTED | | | | |
| KYLE G KEETON | | ADDRESS REDACTED | | | | |
| KYLE JACOB LOGSDON | | ADDRESS REDACTED | | | | |
| KYLER JAMES NICHOLS | | ADDRESS REDACTED | | | | |

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| KYLIE MICHELLE ODORISIO | | ADDRESS REDACTED | | | | |
| LARRY D STINNETT | | ADDRESS REDACTED | | | | |
| LEE PAZ RIVERA | | ADDRESS REDACTED | | | | |
| LESLIE D STEWART | | ADDRESS REDACTED | | | | |
| LINDSY ALLYN GRAHAM | | ADDRESS REDACTED | | | | |
| LUANN LLOYD | | ADDRESS REDACTED | | | | |
| MARILYN LEONARD | | ADDRESS REDACTED | | | | |
| MARK R ROLL | | ADDRESS REDACTED | | | | |
| MEGAN NICOLE JOHNSON | | ADDRESS REDACTED | | | | |
| MELINDA HALSTED | | ADDRESS REDACTED | | | | |
| MELINDA KAY MERIDETH | | ADDRESS REDACTED | | | | |
| MELVIN LEE FARMER | | ADDRESS REDACTED | | | | |
| MICHAEL E GORE | | ADDRESS REDACTED | | | | |
| MICHAEL KANG | | ADDRESS REDACTED | | | | |
| MICHAEL KENNETH LINSE | | ADDRESS REDACTED | | | | |
| MICHAEL S HOLDEN | | ADDRESS REDACTED | | | | |
| NANCY J SHEDLOWE | | ADDRESS REDACTED | | | | |
| NICHOLAS D HAYDOCK | | ADDRESS REDACTED | | | | |
| NICOLE B DOBBINS | | ADDRESS REDACTED | | | | |
| NINA M BOYD | | ADDRESS REDACTED | | | | |
| Paloma Partners Management Co | Douglas Ambrose | ADDRESS REDACTED | | | | |
| PAUL ROBERT MORRISON | | ADDRESS REDACTED | | | | |
| PEGGY J BALCH | | ADDRESS REDACTED | | | | |
| PETER KELLY | | ADDRESS REDACTED | | | | |
| PHILLIP A BROUWERS | | ADDRESS REDACTED | | | | |
| PHYLLIS MARIE COX | | ADDRESS REDACTED | | | | |
| RAKEISHA JONELLE BROWN | | ADDRESS REDACTED | | | | |
| RAMSEY BARNES | | ADDRESS REDACTED | | | | |
| RANDALL HAWKINS | | ADDRESS REDACTED | | | | |
| REFUGIO CAMARENA HERNANDEZ | | ADDRESS REDACTED | | | | |
| RINDA L BROOKS | | ADDRESS REDACTED | | | | |
| RISHELLE A ANDARAKES | | ADDRESS REDACTED | | | | |
| ROBERT D CASTOR | | ADDRESS REDACTED | | | | |
| ROBERT D TIDWELL | | ADDRESS REDACTED | | | | |
| ROBERT F HEINEMANN | | ADDRESS REDACTED | | | | |
| ROBERT J FARR | | ADDRESS REDACTED | | | | |

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| ROBERT L LYBARGER | | ADDRESS REDACTED | | | | |
| ROGER D WATKINS | | ADDRESS REDACTED | | | | |
| ROSALIND RENEE KARLIN | | ADDRESS REDACTED | | | | |
| SAMANTHA E EVANS | | ADDRESS REDACTED | | | | |
| SAMUEL A MOORE | | ADDRESS REDACTED | | | | |
| SAMUEL AUSTIN HAMAKER | | ADDRESS REDACTED | | | | |
| SARA CALDWELL | | ADDRESS REDACTED | | | | |
| SCOTT L HUNTER | | ADDRESS REDACTED | | | | |
| SCOTT M HAYES | | ADDRESS REDACTED | | | | |
| SCOTT TRUESDALE | | ADDRESS REDACTED | | | | |
| SHANE D LEE | | ADDRESS REDACTED | | | | |
| SHANE L HALL | | ADDRESS REDACTED | | | | |
| SHANNON ORTH | | ADDRESS REDACTED | | | | |
| SHELLY R SUMMERS | | ADDRESS REDACTED | | | | |
| SHERI D SMITH | | ADDRESS REDACTED | | | | |
| STEPHANIE RENEE LEWIS | | ADDRESS REDACTED | | | | |
| STEPHEN B SLAYBAUGH | | ADDRESS REDACTED | | | | |
| Strategic Value Partners, LLC | Victor Khosla | ADDRESS REDACTED | | | | |
| TAYLOR L NEWCOMB | | ADDRESS REDACTED | | | | |
| TERESA A MOORE | | ADDRESS REDACTED | | | | |
| THERESA A BLAIR | | ADDRESS REDACTED | | | | |
| TIM D FERGUSON | | ADDRESS REDACTED | | | | |
| TODD COATES | | ADDRESS REDACTED | | | | |
| TRACI L CORNISH | | ADDRESS REDACTED | | | | |
| TRENTON WARD PARKER | | ADDRESS REDACTED | | | | |
| TREVOR SCOTT OWEN | | ADDRESS REDACTED | | | | |
| TROY GILBERT | | ADDRESS REDACTED | | | | |
| VICTOR M WATANABE | | ADDRESS REDACTED | | | | |
| VILLARREAL RICARDO VASQUEZ | | ADDRESS REDACTED | | | | |
| WAYNE DEAN MCCUBBIN | | ADDRESS REDACTED | | | | |
| WHITNEY B DEANGELIS | | ADDRESS REDACTED | | | | |
| WILLIAM W BALDWIN | | ADDRESS REDACTED | | | | |
| YEN T TRAN | | ADDRESS REDACTED | | | | |
| ZACHARY K RICH | | ADDRESS REDACTED | | | | |
| ZACHARY L BEAVERS | | ADDRESS REDACTED | | | | |
| ZACHARY NORTHCUTT | | ADDRESS REDACTED | | | | |

In re Chaparral Energy, Inc., et al.
Case No. 20-11947 (MFW)

**Exhibit G**
Served via First Class Mail

| Name | NoticeName | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| ZENAIDO BENITEZ | | ADDRESS REDACTED | | | | |

In re Chaparral Energy, Inc., et al.
Case No. 20-11947 (MFW)

Page 6 of 6

# Exhibit H

**Exhibit H**
Served via Electronic Mail

| Company | Email |
|---|---|
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Bank of America DTC #773 #5198 | cpactionslitigation@ml.com |
| Bank of America DTC #773 #5198 | bascorporateactions@bofasecurities.com |
| Bank of America DTC #773 #5198 | corpactionsproxy@ml.com |
| Barclays #229 | nyvoluntary@barclays.com |
| Bloomberg | release@bloomberg.net |
| BMO Nesbitt Burns Inc. DTC# 5043 | Phuthorn.penikett@bmonb.com |
| BMO Nesbitt Burns Inc. DTC# 5043 | WMPOClass.Actions@bmo.com |
| BNP Paribas | NYK_DG_CORPORATE_ACTION@US.BNPPARIBAS.COM |
| BNY Mellon #954 | Theresa.Stanton@bnymellon.com |
| Broadridge | BBTRProxyOps@broadridge.com |
| Brown Brothers #10 | paul.nonnon@bbh.com |
| Brown Brothers #10 | nj.mandatory.inbox@bbh.com |
| Brown Brothers #10 | mavis.luque@bbh.com |
| Brown Brothers #10 | edwin.ortiz@bbh.com |
| Charles Schwab #164 | phxmcbr@schwab.com |
| Charles Schwab #164 | VoluntarySetup@schwab.com |
| Citi #908 | gts.caec.tpa@citi.com |
| Clearstream International SA | ca_mandatory.events@clearstream.com |
| Clearstream International SA | ca_luxembourg@clearstream.com |
| Clearstream International SA | CA_general.events@clearstream.com |
| Credit Agricole Secs USA Inc. #651 | CSICorpActions@ca-cib.com |
| Credit Suisse Securities (USA) LLC #355 | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC #355 | asset.servnotification@credit-suisse.com |
| Deutsche Bank Securities Inc #573 | jaxca.notifications@db.com |
| Euroclear Bank S.A./N.V. | eb.ca@euroclear.com |
| Euroclear Bank S.A./N.V. | ca.omk@euroclear.com |
| Financial Information Inc. | ReorgNotificationList@fiinet.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| Goldman Sachs & Co | NewYorkAnncHub@gs.com |
| Goldman Sachs & Co | Gs-as-ny-reorg@ny.email.gs.com |
| Interactive Brokers | bankruptcy@ibkr.com |
| Jefferies #019 | mhardiman@jefferies.com |
| Jefferies #019 | corporate_actions_reorg@jefferies.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| JPMorgan Clearing #352 | Christine.Fahey@jpmorgan.com |
| JPMorgan Clearing #352 | Nimeh.Barakat@jpmorgan.com |
| JPMorgan Clearing #352 | ibdvr.materials@jpmorgan.com |
| JPMorgan Clearing #352 | IB_Domestic_Voluntary_Corporate_Actions@jpmorgan.com |
| Mediant Communications | documents@mediantonline.com |
| Mitsubishi UFJ Trust & Banking Corp #2932 | corporateactions-dl@us.tr.mufg.jp |
| Morgan Stanley #15 | usproxies@morganstanley.com |
| Morgan Stanley #15 | proxy.balt@morganstanley.com |
| Morgan Stanley #15 | cavsdom@morganstanley.com |
| Morgan Stanley #15 | Raquel.Del.Monte@morganstanley.com |
| Morgan Stanley #15 | john.falco@morganstanley.com |
| Morgan Stanley #15 | robert.cregan@morganstanley.com |

**Exhibit H**
Served via Electronic Mail

| Company | Email |
|---------|-------|
| NFS LLC #226 | reorgvoluntariesdept@fmr.com |
| Northern Trust Company #2669 | cs_notifications@ntrs.com |
| OptionsXpress #338 | proxyservices@optionsxpress.com |
| PNC Bank NA #2616 | caspr@pnc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SEI PV/GWP #2663 | gwsusopscaincome@seic.com |
| SIS SegaInterSettle AG | ca.notices@six-securities-services.com |
| Southwest Securities | proxy@swst.com |
| Southwest Securities | vallwardt@swst.com |
| State Street Bank and Trust Co #997 | rjray@statestreet.com |
| State Street Bank and Trust Co #997 | USCAResearch@statestreet.com |
| The Bank of New York Mellon #901 | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon #901 | justin.whitehouse@bnymellon.com |
| The Canadian Depository | sies-cainfo@cds.ca |
| The Canadian Depository | fabrahim@cds.ca |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| The Depository Trust Co | voluntaryreorgannouncements@dtcc.com |
| The Depository Trust Co | MK-CorporateActionsAnnouncements@markit.com |
| The Depository Trust Co | JOSEPH.POZOLANTE@MARKIT.COM |
| The Depository Trust Co | DAVID.BOGGS@MARKIT.COM |
| The Depository Trust Co | KEVIN.JEFFERSON@MARKIT.COM |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | legalandtaxnotices@dtcc.com |
| UBS | ol-stamfordcorpactions@ubs.com |
| UBS | sh-vol-caip-na@ubs.com |
| UBS | ol-wma-ca-proxy@ubs.com |
| UBS | sh-wma-caproxyclassactions@ubs.com |
| UBS  #221 | ol-wma-volcorpactions@ubs.com |
| UBS  #221 | ol-wma-vol-caip@ubs.com |
| UBS Securities LLC #642 | OL-EVENTMANAGEMENT@ubs.com |
| Vision Financial Markets #595 | reorgs@visionfinancialmarkets.com |
| Wells Fargo Advisors | corpactionsvoluntary.ops@firstclearing.com |
| Wells Fargo Securities | corporate.actiongroup@wellsfargo.com |