## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
```
In re:                                    :    Chapter 11
                                          :
CHAPARRAL ENERGY, INC., *et al.*,[1]      :    Case No. 20-11947 (MFW)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
                                          :    **Re: Docket Nos. 5, 77 & 99**
```
------------------------------------------------------------ x
```

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE PAYMENT OF CERTAIN TAXES AND FEES AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that Chaparral Energy, Inc. and its subsidiaries that are debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection or any other responsive pleading with respect to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 5] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on August 16, 2020.  The undersigned further certifies that no answer, objection or other responsive pleading to the Motion has appeared on the Court's docket in the above-captioned chapter 11 cases.  Pursuant to the *Interim Order Under 11 U.S.C. Sections 105(a), 363(b), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 77] and the *Notice of (A) Entry of Interim Order Under 11 U.S.C. Sections*

---

[1]    The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral CO2, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753).  The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

*105(a), 363(b), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 99], any objection or response to the Motion was to be filed and served no later than September 8, 2020 at 4:00 p.m. (prevailing Eastern Time).

[*Remainder of page intentionally left blank*]

2

WHEREFORE, the Debtors respectfully request that an order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 9, 2020
       Wilmington, Delaware

                             */s/ Travis J. Cuomo*
                             John H. Knight (No. 3848)
                             Amanda R. Steele (No. 5530)
                             Brendan J. Schlauch (No. 6115)
                             Christopher M. De Lillo (No. 6355)
                             Travis J. Cuomo (No. 6501)
                             RICHARDS, LAYTON & FINGER, P.A.
                             One Rodney Square
                             920 North King St.
                             Wilmington, Delaware 19801
                             Telephone: 302-651-7700
                             Fax: 302-651-7701
                             E-mail: knight@rlf.com
                                      steele@rlf.com
                                      schlauch@rlf.com
                                      delillo@rlf.com
                                      cuomo@rlf.com

                             - and -

                             Damian S. Schaible (admitted *pro hac vice*)
                             James I. McClammy (admitted *pro hac vice*)
                             Angela M. Libby (admitted *pro hac vice*)
                             Jacob S. Weiner (admitted *pro hac vice*)
                             DAVIS POLK & WARDWELL LLP
                             450 Lexington Avenue
                             New York, New York 10017
                             Telephone:  212-450-4000
                             Fax:  212-701-5800
                             Email: damian.schaible@davispolk.com
                                      james.mcclammy@davispolk.com
                                      angela.libby@davispolk.com
                                      jacob.weiner@davispolk.com

                             *Proposed Counsel for Debtors and*
                             *Debtors in Possession*

RLF1 23975454v.1