**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) | Case No. 20-11947 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING AMENDED PLAN SUPPLEMENT TO THE**
**CHAPTER 11 JOINT PREPACKAGED PLAN OF REORGANIZATION FOR**
**CHAPARRAL ENERGY, INC. AND ITS AFFILIATED DEBTORS**

   **PLEASE TAKE NOTICE** that, on August 16, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

   **PLEASE TAKE FURTHER NOTICE** that, on August 16, 2020, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 16] (the "**Plan**")[2] and the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 17] (the "**Disclosure Statement**").

   **PLEASE TAKE FURTHER NOTICE** that, on September 9, 2020, the Debtors filed the *Notice of Filing Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 143] (the "**Plan Supplement Notice**"). Attached to the Form Supplement Notice, as **Exhibits A** through **I**, were the documents which form a supplemental appendix to the Plan (collectively, the "**Plan Supplement**").

---

[1]  The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral $CO_2$, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753). The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby files additional documents for the Plan Supplement, as follows:

- Exhibit J – Revised version of the New Convertible Notes Term Sheet
- Exhibit K – Revised version of the Governance Term Sheet

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** and **Exhibit 2** are blackline comparisons of (i) the revised version of the New Convertible Notes Term Sheet marked against the version filed with the Disclosure Statement and (ii) the revised version of the Governance Term Sheet marked against the version filed with the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to file further revised drafts of the New Corporate Governance Documents (Exhibit A to the Plan Supplement Notice) and the New Convertible Notes Indenture (Exhibit G to the Plan Supplement Notice) consistent with the revised version of the Governance Term Sheet and revised version of the New Convertible Notes Term Sheet, respectively, as attached hereto.

[*Remainder of page left intentionally blank*]

Dated: September 15, 2020
       Wilmington, Delaware

/s/ Travis J. Cuomo

John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Christopher M. De Lillo (No. 6355)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
E-mail: knight@rlf.com
        steele@rlf.com
        schlauch@rlf.com
        delillo@rlf.com
        cuomo@rlf.com

- and -

Damian S. Schaible (admitted *pro hac vice*)
James I. McClammy (admitted *pro hac vice*)
Angela M. Libby (admitted *pro hac vice*)
Jacob S. Weiner (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  212-450-4000
Fax:  212-701-5800
Email: damian.schaible@davispolk.com
       james.mcclammy@davispolk.com
       angela.libby@davispolk.com
       jacob.weiner@davispolk.com

*Counsel for Debtors and
Debtors in Possession*