**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) | Case No. 20-11947 (MFW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF FILING SECOND AMENDED PLAN SUPPLEMENT TO THE
CHAPTER 11 JOINT PREPACKAGED PLAN OF REORGANIZATION FOR
CHAPARRAL ENERGY, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that, on August 16, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2020, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 16] (the "**Plan**")[2] and the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 17].

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2020, the Debtors filed the *Notice of Filing Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 143] (the "**Plan Supplement Notice**"). Attached to the Plan Supplement Notice, as **Exhibits A** through **I**, were the documents which form a supplemental appendix to the Plan (collectively, and as amended, the "**Plan Supplement**").

---

[1]   The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral $CO_2$, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753). The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RLF1 24027107v.1

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2020, the Debtors filed the *Notice of Filing Amended Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 183] (the "**Amended Plan Supplement Notice**").  Attached to the Amended Plan Supplement Notice, as **Exhibits J** and **K**, were additional documents for the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file amended versions of the Plan Supplement, as follows:

- Exhibit A – Revised version of the New Corporate Governance Documents
- Exhibit G – Revised version of the New Convertible Notes Indenture

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** and **Exhibit 2** are blackline versions of (i) the New Corporate Governance Documents and (ii) the New Convertible Notes Indenture, respectively, showing changes from the previously-filed versions of such documents.

[*Remainder of page left intentionally blank*]

RLF1 24027107v.1

Dated: September 23, 2020
      Wilmington, Delaware

*/s/ Travis J. Cuomo*
John H. Knight (No. 3848)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
Christopher M. De Lillo (No. 6355)
Travis J. Cuomo (No. 6501)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King St.
Wilmington, Delaware 19801
Telephone: 302-651-7700
Fax: 302-651-7701
E-mail: knight@rlf.com
      steele@rlf.com
      schlauch@rlf.com
      delillo@rlf.com
      cuomo@rlf.com

- and -

Damian S. Schaible (admitted *pro hac vice*)
James I. McClammy (admitted *pro hac vice*)
Angela M. Libby (admitted *pro hac vice*)
Jacob S. Weiner (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  212-450-4000
Fax:  212-701-5800
Email: damian.schaible@davispolk.com
      james.mcclammy@davispolk.com
      angela.libby@davispolk.com
      jacob.weiner@davispolk.com

*Counsel for Debtors and*
*Debtors in Possession*

RLF1 24027107v.1