## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CHAPARRAL ENERGY, INC., *et al.*,[1] | ) | Case No. 20-11947 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 16, 143, 183 & 210** |
| | ) | |

## NOTICE OF FILING THIRD AMENDED PLAN SUPPLEMENT TO THE CHAPTER 11 JOINT PREPACKAGED PLAN OF REORGANIZATION FOR CHAPARRAL ENERGY, INC. AND ITS AFFILIATED DEBTORS

**PLEASE TAKE NOTICE** that, on August 16, 2020, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2020, the Debtors filed the *Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 16] (as amended, supplemented, or modified from time to time in accordance with the terms thereof, including as amended on September 29, 2020, the "**Plan**")[2] and the *Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 17].

**PLEASE TAKE FURTHER NOTICE** that, on September 9, 2020, the Debtors filed the *Notice of Filing Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 143] (the "**Plan Supplement Notice**"). Attached to the Plan Supplement Notice, as **Exhibits A** through **I**, were the documents which form a supplemental appendix to the Plan (collectively, and as amended, the "**Plan Supplement**").

---

[1]       The Debtors in these cases, along with the last four digits (or five digits, in cases in which multiple Debtors have the same last four digits) of each Debtor's federal tax identification number, are: CEI Acquisition, L.L.C. (1817); CEI Pipeline, L.L.C. (6877); Chaparral Biofuels, L.L.C. (1066); Chaparral $CO_2$, L.L.C. (1656); Chaparral Energy, Inc. (90941); Chaparral Energy, L.L.C. (20941); Chaparral Exploration, L.L.C. (1968); Chaparral Real Estate, L.L.C. (1655); Chaparral Resources, L.L.C. (1710); Charles Energy, L.L.C. (3750); Chestnut Energy, L.L.C. (9730); Green Country Supply, Inc. (2723); Roadrunner Drilling, L.L.C. (2399); and Trabajo Energy, L.L.C. (9753). The Debtors' address is 701 Cedar Lake Boulevard, Oklahoma City, OK 73114.

[2]       Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

RLF1 24060777v.1

**PLEASE TAKE FURTHER NOTICE** that, on September 15, 2020, the Debtors filed the *Notice of Filing Amended Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 183] (the "**Amended Plan Supplement Notice**").  Attached to the Amended Plan Supplement Notice, as **Exhibits J** and **K**, were additional documents for the Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that, on September 23, 2020, the Debtors filed the *Notice of Filing Second Amended Plan Supplement to the Chapter 11 Joint Prepackaged Plan of Reorganization for Chaparral Energy, Inc. and its Affiliated Debtors* [Docket No. 210] (the "**Second Amended Plan Supplement Notice**").  Attached to the Second Amended Plan Supplement Notice, as **Exhibits A** and **G**, were revised versions on the New Corporate Governance Documents and the New Convertible Notes Indenture.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file an amended version of the Plan Supplement, as follows:

- Exhibit E – Revised version of the Reorganized Chaparral Parent Board and the Officers of Reorganized Chaparral Parent

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a blackline version of the Reorganized Chaparral Parent Board and the Officers of Reorganized Chaparral Parent, showing changes from the previously-filed version of such document.

[*Remainder of page left intentionally blank*]

RLF1 24060777v.1

Dated: September 30, 2020
       Wilmington, Delaware

                                    */s/ Travis J. Cuomo*
                                    John H. Knight (No. 3848)
                                    Amanda R. Steele (No. 5530)
                                    Brendan J. Schlauch (No. 6115)
                                    Christopher M. De Lillo (No. 6355)
                                    Travis J. Cuomo (No. 6501)
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    920 North King St.
                                    Wilmington, Delaware 19801
                                    Telephone: 302-651-7700
                                    Fax: 302-651-7701
                                    E-mail: knight@rlf.com
                                            steele@rlf.com
                                            schlauch@rlf.com
                                            delillo@rlf.com
                                            cuomo@rlf.com

                                    - and -

                                    Damian S. Schaible (admitted *pro hac vice*)
                                    James I. McClammy (admitted *pro hac vice*)
                                    Angela M. Libby (admitted *pro hac vice*)
                                    Jacob S. Weiner (admitted *pro hac vice*)
                                    DAVIS POLK & WARDWELL LLP
                                    450 Lexington Avenue
                                    New York, New York 10017
                                    Telephone:  212-450-4000
                                    Fax:  212-701-5800
                                    Email: damian.schaible@davispolk.com
                                           james.mcclammy@davispolk.com
                                           angela.libby@davispolk.com
                                           jacob.weiner@davispolk.com

                                    *Counsel for Debtors and*
                                    *Debtors in Possession*