Claims Register Report
Date Range:08/16/2020-01/08/2021

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2020 | 37 | AKM Enterprises, Inc. dba Moblize | AKM Enterprises, Inc. | 5177 Richmond Ave. Ste. 502 | | Houston | TX | 77056 | $53,260.20 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/04/2020 | 5 | BDO USA, LLP | Attn Jared Schierbaum | 4250 Lancaster Pike, Suite 120 | | Wilmington | DE | 19805 | W/D | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/21/2020 | 22 | Canadian Independent School District | DLayne Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $969.52 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 08/20/2020 | 1 | CDW Direct, LLC | Attn Ronelle Erickson | CDW | 200 N. Milwaukee Ave | Vernon Hills | IL | 60061 | $2,580.71 | Priority | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 10/20/2020 | 36 | Cellco Partnership d/b/a Verizon Wireless | William M Vermette | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147 | $2,956.21 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 10/05/2020 | 31 | Cooke County | Mollie Lerew | PO Box 8188 | | Wichita Falls | TX | 76307 | $6,650.21 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/17/2020 | 47 | Cooke County | Mollie Lerew | PO Box 8188 | | Wichita Falls | TX | 76307 | $6,461.63 | Secured | A | | 10/05/2020 | Chaparral Energy, Inc. (2020) | 20-11947 |
| 10/13/2020 | 34 | Dale Operating Company | c/o Nick Peters | Foley & Lardner, LLP | 2021 McKinney Ave, Suite 1600 | Dallas | TX | 75201 | $745,321.03 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/23/2020 | 48 | Flash Funding, LLC | The Fuentes Firm, P.C. | 5507 Louetta Rd., Suite A | | Spring | TX | 77379 | $4,148.00 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/28/2020 | 26 | Forrest Butch Freeman Oklahoma County Treasurer | | 320 Robert S. Kerr, Rm 307 | | Oklahoma City | OK | 73102 | UNLIQUIDATED | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/28/2020 | 26 | Forrest Butch Freeman Oklahoma County Treasurer | | 320 Robert S. Kerr, Rm 307 | | Oklahoma City | OK | 73102 | UNLIQUIDATED | Priority | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/14/2020 | 11 | Fort Elliott Consolidated Independent School Disctrict | DLane Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $78.50 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/01/2020 | 10 | Galveston County | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | $1.59 | Secured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 09/15/2020 | 14 | GOLD STRUCK INVESTMENTS LP | C/O TRAVIS PROPERTY MANAGEMENT | PO BOX 56429 | | HOUSTON | TX | 77256 | UNLIQUIDATED | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/15/2020 | 14 | GOLD STRUCK INVESTMENTS LP | C/O TRAVIS PROPERTY MANAGEMENT | PO BOX 56429 | | HOUSTON | TX | 77256 | UNLIQUIDATED | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/18/2020 | 15 | Gravity Oilfield Services LLC | c/o James Canafax, Gravity Oilfield Services | 9821 Katy Freeway, Suite 700 | | Houston | TX | 77024 | $18,108.36 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 09/14/2020 | 12 | Gray County | D Layne Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $16.35 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/02/2020 | 38 | GreatAmerica Financial Services Corporation | Attn Litigation Dept. | PO Box 609 | | Cedar Rapids | IA | 52406 | $41,658.56 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/08/2020 | 7 | HANSFORD COUNTY | DLAYNE CARTER | PO BOX 9132 | | AMARILLO | TX | 79105-9132 | $66.10 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2020 | 17 | Hemphill County | DLayne Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $546.07 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 01/04/2021 | 51 | Heritage Royalty Oil & Gas, LLC | | 755 El Pomar Rd Unit 111 | | Colorado Springs | CO | 80906 | $2,138.10 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/21/2020 | 21 | Hutchinson County | DLayne Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $32.61 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/29/2020 | 27 | Intrado Digital Media LLC | | 11808 Miracle Hills Dr | | Omaha | NE | 68154 | $3,880.50 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/30/2020 | 50 | Liberty Mutual Insurance Company | Attn K. Potvin | 100 Liberty Way | | Dover | NH | 03820 | UNLIQUIDATED | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/21/2020 | 18 | Lipscomb County | DLayne Carter | PO Box 9132 | | Amarillo | TX | 79105-9132 | $33,792.05 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/15/2020 | 16 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | LDEQ, JAIME ELSEY | PO BOX 4302 | | BATON ROUGE | LA | 70821 | $1,567.45 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/06/2020 | 30 | LOUISIANA DEPARTMENT OF REVENUE | BANKRUPTCY DIVISION | PO BOX 66658 | | BATON ROUGE | LA | 70896 | $3,934.16 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/06/2020 | 28 | LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 66658 | | BATON ROUGE | LA | 70896-6658 | $2,509.51 | Priority | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/06/2020 | 28 | LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 66658 | | BATON ROUGE | LA | 70896-6658 | $49.95 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/06/2020 | 29 | LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 66658 | | BATON ROUGE | LA | 70896-6658 | $5,163.81 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 09/01/2020 | 9 | Matagorda County | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | $123.19 | Secured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 08/24/2020 | 2 | Midland Central Appraisal District | Tara LeDay | McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | Round Rock | TX | 78680-1269 | $6.67 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 08/24/2020 | 3 | Midland Central Appraisal District | Tara LeDay | McCreary, Veselka, Bragg & Allen, P.C. | PO Box 1269 | Round Rock | TX | 78680-1269 | $291.16 | Secured | A | | 08/18/2020 | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/27/2020 | 49 | Midland Central Appraisal District, Collecting Property Taxes for Midland Independent School District, et al. | Tara LeDay | McCreary, Veselka, Bragg & Allen, P.C. | P.O. Box 1269 | Round Rock | TX | 78680-1269 | $290.63 | Secured | A | | 08/24/2020 | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/22/2020 | 23 | Mississippi Department of Revenue | Bankruptcy Section-MS Department of Revenue | PO Box 22808 | | Jackson | MS | 39225 | UNLIQUIDATED | Priority | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/05/2020 | 32 | Montague County | Mollie Lerew | PO Box 8188 | | Wichita Falls | TX | 76307 | $63.55 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 10/05/2020 | 33 | Montague County Appraisal District | Mollie Lerew | PO Box 8188 | | Wichita Falls | TX | 76307 | $132.89 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/21/2020 | 20 | Ochiltree County Appraisal District | DLayne Carter | P.O. Box 9132 | | Amarillo | TX | 79105-9132 | $18,153.53 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/28/2020 | 25 | Ochiltree County Appraisal District | DLayne Carter | PO Box 9132 | | Amarillo | TX | 79105-9132 | $18,455.50 | Secured | A | | 09/15/2020 | Chaparral Energy, Inc. (2020) | 20-11947 |

| Date Filed | Claim No. | Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Nature | A | R | A/R Date | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/2020 | 19 | Osprey Resources, Inc. | | P.O. Box 56449 | | Houston | TX | 77256 | UNLIQUIDATED | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/21/2020 | 19 | Osprey Resources, Inc. | | P.O. Box 56449 | | Houston | TX | 77256 | UNLIQUIDATED | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/01/2020 | 8 | Palacios ISD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064 | | Houston | TX | 77253-3064 | $165.05 | Secured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 10/15/2020 | 35 | Southwestern Public Service Co, a New Mexico Corp, dba Xcel Energy | Attn Bankruptcy Department | Xcel Energy | PO Box 9477 | Minneapolis | MN | 55484 | $1,427.91 | General Unsecured | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 08/27/2020 | 6 | State of Louisiana, Department of Natural Resources | Ryan M. Seidemann | 1885 North Third Street | | Baton Rouge | LA | 70802 | $3,000.00 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 08/24/2020 | 4 | State of Louisiana, Department of Natural Resources, Office of Conservation | Ryan M. Seidemann | 1885 North Third Street | | Baton Rouge | LA | 70802 | $250.00 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/04/2020 | 39 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 11/04/2020 | 40 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Chaparral Real Estate, L.L.C. | 20-11956 |
| 11/04/2020 | 41 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Green Country Supply, Inc. | 20-11958 |
| 11/04/2020 | 42 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Roadrunner Drilling, L.L.C. | 20-11959 |
| 11/04/2020 | 43 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Chaparral Energy, L.L.C. | 20-11953 |
| 11/04/2020 | 44 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Chaparral CO2, L.L.C. | 20-11952 |
| 11/04/2020 | 45 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | Chaparral Resources, L.L.C. | 20-11951 |
| 11/04/2020 | 46 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy & Collections Division MC-008 | PO Box 12548 | Austin | TX | 78711-2548 | $2,000.00 | Priority | | | | CEI Pipeline, L.L.C. | 20-11949 |
| 09/22/2020 | 24 | Van Zandt Supply Ltd. d/b/a VZ Environmental | Attn Lauren K. Drawhorn | Wick Phillips | 100 Throckmorton Street, Suite 1500 | Fort Worth | TX | 76102 | $116,889.03 | General Unsecured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |
| 09/14/2020 | 13 | WHEELER COUNTY | D LAYNE CARTER | PO BOX 9132 | | AMARILLO | TX | 79105-9132 | $102.60 | Secured | | | | Chaparral Energy, Inc. (2020) | 20-11947 |