| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO** (Complete the address for the appropriate Records Center serving your area)
FRC - Philadelphia
Facility - 01
14700 TOWNSEND ROAD
PHILADELPHIA, PA, 19154

As shown in FPMR 101-11.410-1 ▶

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
U.S. Courts
578, United States Bankruptcy Courts

**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**824 N. MARKET STREET, 3RD FLOOR**
**WILMINGTON, DE 19801**

**2. AGENCY TRANSFER AUTHORIZATION**
TRANSFERRING AGENCY OFFICIAL (Signature and Title)
UNA OBOYLE
DATE 04/12/2021

**3. AGENCY CONTACT**
TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.)
BONNIE ANEMONE
U.S. Courts
Phone (302)252-2542

**KURTZMAN CARSON CONSULTANTS LLC**
**ATTN: OPERATIONS MANAGER**
**222 N. PACIFIC COAST HWY, 3RD FLOOR**
**EL SEGUNDO, CA 90245**

**4. RECORDS CENTER RECEIPT**
RECORDS RECEIVED BY (Signature and Title)
FRC - Philadelphia
DATE

## 6. RECORDS DATA

| TRANSFER NUMBER | | | VOLUME (in ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2021 | 0069 | 1 | 1 | ^ UW - STRATIFICATION CODE: UW<br><br>CHAPARRAL ENERGY, INC. (2020)<br>CASE NUMBER: 20-11947<br>CLAIM NUMBERS: 1 - 53<br><br>INCLUSIVE START DATE:<br>08/20/2020<br>INCLUSIVE | No Restrictions | DC2/A15A | 07/01/2041 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date: 08/20/2020 | Security Classification: Unclassified | Disposition Code: Temporary<br>Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date: 03/08/2021 | Security Level: Std Records-Std Storage | Disposition Citation: DC2A15A | | | |